**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Mark**<br>First name<br><br>**D**<br>Middle name<br><br>**McKee**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6005 | |

Debtor 1   **Mark D McKee**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5. Where you live**

**2324 W. 127th Street**
**Leawood, KS 66209**
Number, Street, City, State & ZIP Code

**Johnson**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Official Form 101   **Voluntary Petition for Individuals Filing for Bankruptcy**   page 2

Debtor 1    **Mark D McKee** _____    Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 3

Debtor 1   **Mark D McKee**                                              Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 4

Debtor 1    **Mark D McKee**                                                   Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 5

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Mark D McKee**
_____          _____
**Mark D McKee**                                        Signature of Debtor 2
Signature of Debtor 1

Executed on   **January 26, 2026**                Executed on _____
MM / DD / YYYY                                          MM / DD / YYYY

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Jeffrey L. Wagoner** _____     Date    **January 26, 2026** _____
Signature of Attorney for Debtor                                          MM / DD / YYYY

**Jeffrey L. Wagoner** _____
Printed name

**WM Law, PC** _____
Firm name

**15095 West 116th Street**
**Olathe, KS 66062** _____
Number, Street, City, State & ZIP Code

Contact phone   **(913) 422-0909** _____     Email address    **bankruptcy@wagonergroup.com** ____

**17489 KS** _____
Bar number & State

**Fill in this information to identify your case and this filing:**

Debtor 1 **Mark D McKee**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)
First Name      Middle Name      Last Name

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1

**2324 W. 127th Street**
Street address, if available, or other description

**Leawood    KS    66209-0000**
City      State      ZIP Code

**Johnson**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property value is $785,800 based on Johnson County Tax Appraisal. Secured Debt of approximately $425,000 (1st mortgage) and $40,000 (2nd mortgage) solely in estranged, non-filing spouse's name exist on this property, therefore net equity is shown.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$320,800.00**

Current value of the portion you own? **$320,800.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**    **$320,800.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   **Mark D McKee** _____   Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>

| |
|---|
| **$0.00** |

| **Part 3:** | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Household goods: furniture, kitchen items, home decor, knick knacks, televisions, washer, dryer, refrigerator, small appliances, lawn mower, etc. | **$5,000.00** |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Personal computer, cell phone | **$800.00** |
|---|---|

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes.  Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

Debtor 1   **Mark D McKee**                                                   Case number *(if known)* _____

| Clothing | $1,000.00 |
|---|---|

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☒ Yes.  Describe.....

| Wedding ring, watches, minimal costume jewelry of very minimal value | $1,000.00 |
|---|---|

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☒ No
   ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ☒ No
   ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| $7,800.00 |
|---|

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

*Current value of the portion you own?*
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ☒ Yes...................................................................................................................

| **Cash** | $100.00 |
|---|---|

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☒ Yes......................                    Institution name:

| 17.1.   **Checking account**   Bank of America | $250.00 |
|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☒ No
   ☐ Yes.................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☒ Yes.  Give specific information about them...................
                              Name of entity:                              % of ownership:

**Epic Holiday, LLC dba Jingle:  This company has tremendous business debt resulting from poor attendance at a 2024 holiday time festival.  Its only assets are some "Jingle" branded merchandise such as cups, t-shirts, novelties, small Christmas decor with a total liquidation value in the range of $10,000 to $15,000.  This inventory has been located in rented storage units in Kansas City, Missouri and St. Charles, Missouri, and Debtor is attempting to locate cheaper storage options.  It has a bank account at 1st State Bank with approximately $200.  Because its debts far outweigh its assets, the business has negative value.**

100    %                                   $0.00

**Epic Road Productions, LLC:  Debtor's consulting company whose sole business operations currently are the wrapping up of the business issues of Epic Holiday, LLC dba Jingle.  Epic Road has received approximately $20,000 in cash from the sale of leftover Jingle merchandise in the past year and those funds were used to pay Epic Holiday, LLC's storage bills for its leftover Jingle branded merchandise and legal bills.  It has no other assets than a bank account at Bank of America with a de minimis balance.**

100%    %                                   $0.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them.
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                    Type of account:         Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

Debtor 1   **Mark D McKee**                                              Case number *(if known)*

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                          Beneficiary:                          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**................................................................................................................

| |
|---|
| **$350.00** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Official Form 106A/B                          Schedule A/B: Property                          page 5

Debtor 1    **Mark D McKee**            Case number *(if known)* _____

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☑ No. Go to Part 6.
- ☐ Yes. Go to line 38.

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

---

**Part 8:**    **List the Totals of Each Part of this Form**

| | |
|---|---|
| 55. **Part 1: Total real estate, line 2** .................................................................................. | **$320,800.00** |
| 56. **Part 2: Total vehicles, line 5** | **$0.00** |
| 57. **Part 3: Total personal and household items, line 15** | **$7,800.00** |
| 58. **Part 4: Total financial assets, line 36** | **$350.00** |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. **Part 7: Total other property not listed, line 54**    + | **$0.00** |
| 62. **Total personal property.** Add lines 56 through 61... | **$8,150.00**     Copy personal property total    **$8,150.00** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$328,950.00** |

| Fill in this information to identify your case: | | |
|---|---|---|

**Debtor 1**  **Mark D McKee**
First Name              Middle Name              Last Name

**Debtor 2**
(Spouse if, filing)     First Name              Middle Name              Last Name

United States Bankruptcy Court for the:     DISTRICT OF KANSAS

Case number
(if known)     _____

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2324 W. 127th Street Leawood, KS 66209  Johnson County Property value is $785,800 based on Johnson County Tax Appraisal. Secured Debt of approximately $425,000 (1st mortgage) and $40,000 (2nd mortgage) solely in estranged, non-filing spouse's name exist** Line from *Schedule A/B*: **1.1** | $320,800.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | Kan. Stat. Ann. § 60-2301 |
| **Household goods: furniture, kitchen items, home decor, knick knacks, televisions, washer, dryer, refrigerator, small appliances, lawn mower, etc.** Line from *Schedule A/B*: **6.1** | $5,000.00 | ■ $5,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Kan. Stat. Ann. § 60-2304(a) |
| **Personal computer, cell phone** Line from *Schedule A/B*: **7.1** | $800.00 | ■ $800.00 ☐ 100% of fair market value, up to any applicable statutory limit | Kan. Stat. Ann. § 60-2304(a) |

Debtor 1 **Mark D McKee**                                           Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Kan. Stat. Ann. § 60-2304(a)** |
| **Wedding ring, watches, minimal costume jewelry of very minimal value**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Kan. Stat. Ann. § 60-2304(b)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ■ No

      ☐ Yes

**Fill in this information to identify your case:**

Debtor 1          **Mark D McKee**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number
(if known)          _____

☐ Check if this is an
   amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark D McKee** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Aiden Diaz** | Last 4 digits of account number _____ | $592.21 | $0.00 | $592.21 |

Priority Creditor's Name

**160 N 71st St**
**Kansas City, KS 66112**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

49463

Debtor 1   **Mark D McKee**                                              Case number (if known) _____

| 2.2 | **Alex Liggett** | Last 4 digits of account number | ___ ___ | **$602.23** | **$0.00** | **$602.23** |

Priority Creditor's Name
**2036 Meramec Meadows Dr**
**Fenton, MO 63026**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.3 | **Aliyah Klaus** | Last 4 digits of account number | ___ ___ | **$524.17** | **$0.00** | **$524.17** |

Priority Creditor's Name
**2360 Bastean Rd**
**Wentzville, MO 63385**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.4 | **Allianna Morales** | Last 4 digits of account number | ___ ___ | **$713.58** | **$0.00** | **$713.58** |

Priority Creditor's Name
**1070 Prince Albert Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

Case 26-20094    Doc# 1    Filed 01/26/26    Page 18 of 232

Debtor 1  **Mark D McKee**                                Case number (if known) _____

| 2.5 | **Allison Thaman** | Last 4 digits of account number ___ ___ ___ ___ | **$1,275.00** | **$0.00** | **$1,275.00** |

Priority Creditor's Name
**707 Cranbrook Dr**
**Saint Louis, MO 63122**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.6 | **Alyson Whitney** | Last 4 digits of account number ___ ___ ___ ___ | **$354.61** | **$0.00** | **$354.61** |

Priority Creditor's Name
**14551 S Mullen St**
**Olathe, KS 66062**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.7 | **Amanda Warnack** | Last 4 digits of account number ___ ___ ___ ___ | **$336.00** | **$0.00** | **$336.00** |

Priority Creditor's Name
**10558 Litz Ave**
**Saint Ann, MO 63074**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

| 2.8 | **Amelia Lener** | Last 4 digits of account number _____ | **$612.00** | **$0.00** | **$612.00** |

Priority Creditor's Name

**4052 Broad St**
**Saint Charles, MO 63301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

| 2.9 | **Amelia Reeves** | Last 4 digits of account number _____ | **$1,058.96** | **$0.00** | **$1,058.96** |

Priority Creditor's Name

**105 Ripple Creek Dr**
**Lake Saint Louis, MO 63367**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

| 2.10 | **Anastasia Douglas** | Last 4 digits of account number _____ | **$424.90** | **$0.00** | **$424.90** |

Priority Creditor's Name

**90 Country Life Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

**2.1**
**1**

**Andrew Jordan**
Priority Creditor's Name
**3 Oak Ridge Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$1,376.00**        **$0.00**        **$1,376.00**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

**2.1**
**2**

**Angelo Abbott**
Priority Creditor's Name
**5549 Webster Ave**
**Kansas City, KS 66104**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$459.00**        **$0.00**        **$459.00**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

**2.1**
**3**

**Anna Rimar**
Priority Creditor's Name
**9049 Cordoba Ln**
**Saint Louis, MO 63126**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$750.00**        **$0.00**        **$750.00**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

Debtor 1   **Mark D McKee**                                          Case number (if known) _____

---

**2.1 4**

**Annie Hicks**
Priority Creditor's Name
**124 Arundel Dr**
**Troy, MO 63379**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____         $494.33         $0.00         $494.33

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

**2.1 5**

**Anthony Larocco**
Priority Creditor's Name
**10558 Litz Ave**
**Saint Ann, MO 63074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____         $360.00         $0.00         $360.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

**2.1 6**

**Ariana Alterman**
Priority Creditor's Name
**2410 N 51st St**
**Kansas City, KS 66104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____         $663.32         $0.00         $663.32

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                                                  Case number (if known) _____

| 2.1 7 | **Asher Mikesic** | Last 4 digits of account number _____ | $619.25 | $0.00 | $619.25 |

**Asher Mikesic**
Priority Creditor's Name
**207 S 2nd St**
**Lansing, KS 66043**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     $619.25     $0.00     $619.25

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.1 8 |

**Ashlynn Henke**
Priority Creditor's Name
**808 Brookwood Bend Trl**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     $261.00     $0.00     $261.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.1 9 |

**Ashton Frisbie**
Priority Creditor's Name
**5 Moonstone Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     $1,016.03     $0.00     $1,016.03

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

Debtor 1 **Mark D McKee**                    Case number (if known) _____

| 2.2 0 | **Audrey Davis** | Last 4 digits of account number _____ | $203.63 | $0.00 | $203.63 |

Priority Creditor's Name
**531 Deer Brook Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.2 1 | **Austin Scott** | Last 4 digits of account number _____ | $127.21 | $0.00 | $127.21 |

Priority Creditor's Name
**999 Stone Spring Dr**
**Eureka, MO 63025**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.2 2 | **Ava Crabtree** | Last 4 digits of account number _____ | $695.91 | $0.00 | $695.91 |

Priority Creditor's Name
**74 Country Life Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| | | | |
|---|---|---|---|
| **2.2 3** | **Ava Schwane** | Last 4 digits of account number | $188.38 | $0.00 | $188.38 |

**Ava Schwane**
Priority Creditor's Name
**7209 Westfield Woods Dr**
**O Fallon, MO 63368**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____  $188.38   $0.00   $188.38

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| **2.2 4** | **Blane Branscum** | Last 4 digits of account number | $829.02 | $0.00 | $829.02 |

**Blane Branscum**
Priority Creditor's Name
**1507 Heritage Valley Dr**
**High Ridge, MO 63049**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____  $829.02   $0.00   $829.02

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| **2.2 5** | **Brad Hayes** | Last 4 digits of account number | $3,045.00 | $0.00 | $3,045.00 |

**Brad Hayes**
Priority Creditor's Name
**145 E Washington Ave**
**Clifton Heights, PA 19018**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____  $3,045.00   $0.00   $3,045.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1    **Mark D McKee**                                    Case number *(if known)*  _____

---

**2.26**    **Brady French**                          Last 4 digits of account number ____    $192.23    $0.00    $192.23
            Priority Creditor's Name
            **1374 Mosswoods Dr**                      When was the debt incurred?    _____
            **Fenton, MO 63026**
            Number Street City State Zip Code
            **Who incurred the debt? Check one.**      As of the date you file, the claim is: Check all that apply

            ☐ Debtor 1 only                            ■ Contingent
            ☐ Debtor 2 only                            ☐ Unliquidated
            ☐ Debtor 1 and Debtor 2 only
                                                       ■ Disputed
            ■ At least one of the debtors and another
                                                       **Type of PRIORITY unsecured claim:**
            ☐ **Check if this claim is for a community debt**
                                                       ☐ Domestic support obligations
            **Is the claim subject to offset?**        ☐ Taxes and certain other debts you owe the government
            ■ No                                       ☐ Claims for death or personal injury while you were intoxicated
            ☐ Yes                                      ■ Other. Specify  **Wages, salaries, and commissions**
                                                                          **Business Debt - Business Employee**

---

**2.27**    **Breauna Deslo**                          Last 4 digits of account number ____    $419.10    $0.00    $419.10
            Priority Creditor's Name
            **4801 Deer Crossing Ln**                  When was the debt incurred?    _____
            **Catawissa, MO 63015**
            Number Street City State Zip Code
            **Who incurred the debt? Check one.**      As of the date you file, the claim is: Check all that apply

            ☐ Debtor 1 only                            ■ Contingent
            ☐ Debtor 2 only                            ☐ Unliquidated
            ☐ Debtor 1 and Debtor 2 only
                                                       ■ Disputed
            ■ At least one of the debtors and another
                                                       **Type of PRIORITY unsecured claim:**
            ☐ **Check if this claim is for a  community debt**
                                                       ☐ Domestic support obligations
            **Is the claim subject to offset?**        ☐ Taxes and certain other debts you owe the government
            ■ No                                       ☐ Claims for death or personal injury while you were intoxicated
            ☐ Yes                                      ■ Other. Specify  **Wages, salaries, and commissions**
                                                                          **Business Debt - Business Employee**

---

**2.28**    **Brody Sutton**                           Last 4 digits of account number ____    $831.38    $0.00    $831.38
            Priority Creditor's Name
            **230 Flint Brook Dr**                     When was the debt incurred?    _____
            **O Fallon, MO 63366**
            Number Street City State Zip Code
            **Who incurred the debt? Check one.**      As of the date you file, the claim is: Check all that apply

            ■ Debtor 1 only                            ■ Contingent
            ☐ Debtor 2 only                            ☐ Unliquidated
            ☐ Debtor 1 and Debtor 2 only
                                                       ■ Disputed
            ☐ At least one of the debtors and another
                                                       **Type of PRIORITY unsecured claim:**
            ☐ **Check if this claim is for a community debt**
                                                       ☐ Domestic support obligations
            **Is the claim subject to offset?**        ☐ Taxes and certain other debts you owe the government
            ■ No                                       ☐ Claims for death or personal injury while you were intoxicated
            ☐ Yes                                      ■ Other. Specify  **Wages, salaries, and commissions**
                                                                          **Business Debt - Business Employee**

---

Debtor 1 **Mark D McKee**                                      Case number (if known) _____

| | | | |
|---|---|---|---|

**2.29**

**Brooke Riley**
Priority Creditor's Name
**217 Townview Ct**
**Wentzville, MO 63385**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **$840.15**        **$0.00**        **$840.15**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify     **Wages, salaries, and commissions**
                     **Business Debt - Business Employee**

---

**2.30**

**Bryce Kollack**
Priority Creditor's Name
**824 Nottingham**
**Waterloo, IL 62298**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **$188.39**        **$0.00**        **$188.39**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify     **Wages, salaries, and commissions**
                     **Business Debt - Business Employee**

---

**2.31**

**Brynnley Branscum**
Priority Creditor's Name
**1507 Heritage Valley Dr**
**High Ridge, MO 63049**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **$438.23**        **$0.00**        **$438.23**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify     **Wages, salaries, and commissions**
                     **Business Debt - Business Employee**

### 2.3 2

**Caitlin Harrington**
Priority Creditor's Name
**6409 Beverly Dr**
**Mission, KS 66202**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $713.48          $0.00          $713.48

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

### 2.3 3

**Caitlyn Boyle**
Priority Creditor's Name
**93 Maplelead Ct**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $384.01          $0.00          $384.01

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

### 2.3 4

**Caitlyn Schmidt**
Priority Creditor's Name
**3012 Cedarshade Ct**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $297.62          $0.00          $297.62

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1  **Mark D McKee** _____  Case number (if known) _____

| 2.3 5 | **Caleb Fletcher** | Last 4 digits of account number _____ | **$493.88** | **$0.00** | **$493.88** |

Priority Creditor's Name
**5216 Fuller Dr**
**Kansas City, MO 64133**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.3 6 | **Calvin Gray** | Last 4 digits of account number _____ | **$603.22** | **$0.00** | **$603.22** |

Priority Creditor's Name
**313 Jessie Marie Ln**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.3 7 | **Camden Rodriguez** | Last 4 digits of account number _____ | **$1,070.92** | **$0.00** | **$1,070.92** |

Priority Creditor's Name
**6 Oak Point Ct**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                      Case number (if known) _____

---

**2.38**  **Cameron Burris**

Priority Creditor's Name

**418 Newkirk Cir**
**Saint Charles, MO 63303**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$91.80**          **$0.00**          **$91.80**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

**2.39**  **Caroline Geringer**

Priority Creditor's Name

**204 W Rose Ln**
**Waterloo, IL 62298**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$1,275.00**          **$0.00**          **$1,275.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

**2.40**  **Caroline Shellenberger**

Priority Creditor's Name

**4303 Aston Ln**
**Mansfield, TX 76063**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$262.50**          **$0.00**          **$262.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.4 1 | **Carter Hollingsworth** | Last 4 digits of account number ____ | $189.61 | $0.00 | $189.61 |

Priority Creditor's Name
**609 River Moss Dr**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
   **Business Debt - Business Employee**

---

| 2.4 2 | **Carter Warren** | Last 4 digits of account number ____ | $231.85 | $0.00 | $231.85 |

Priority Creditor's Name
**30 Quail Woods Dr**
**Fenton, MO 63026**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
   **Business Debt - Business Employee**

---

| 2.4 3 | **Cash Morehead** | Last 4 digits of account number ____ | $202.79 | $0.00 | $202.79 |

Priority Creditor's Name
**10 Woodleaf Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
   **Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

---

| 2.44 | **Catherine Moore** | Last 4 digits of account number _____ | **$2,000.00** | **$0.00** | **$2,000.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**5504 Dressel Dr**
**Cottleville, MO 63304**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
               **Business Debt - Business Employee**

---

| 2.45 | **Charles Zeik** | Last 4 digits of account number _____ | **$232.81** | **$0.00** | **$232.81** |
|---|---|---|---|---|---|

Priority Creditor's Name
**4 Bingham Ct**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
               **Business Debt - Business Employee**

---

| 2.46 | **Chase Henson** | Last 4 digits of account number _____ | **$625.95** | **$0.00** | **$625.95** |
|---|---|---|---|---|---|

Priority Creditor's Name
**6906 Orchard St**
**Pleasant Valley, MO 64068**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
               **Business Debt - Business Employee**

---

Debtor 1 **Mark D McKee**

Case number (if known) _____

| | | |
|---|---|---|
| **2.4 7** | **Christian Nelson** | |

Priority Creditor's Name
**23902 W 70th St**
**Shawnee, KS 66226**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **$1,078.75**    **$0.00**    **$1,078.75**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| | | |
|---|---|---|
| **2.4 8** | **Christine Fullington** | |

Priority Creditor's Name
**3313 Highgate Ln**
**Saint Charles, MO 63301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **$110.66**    **$0.00**    **$110.66**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| | | |
|---|---|---|
| **2.4 9** | **Christine Hicks** | |

Priority Creditor's Name
**124 Arundel Dr**
**Troy, MO 63379**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **$660.98**    **$0.00**    **$660.98**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**

Case number (if known) _____

---

**2.50**

**Christopher Hansen**
Priority Creditor's Name
**523 Orville Ave**
**Kansas City, KS 66101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$1,566.00**    **$0.00**    **$1,566.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

**2.51**

**Clara Heiken**
Priority Creditor's Name
**5314 Stanton Dr**
**Kansas City, MO 64133**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$748.22**    **$0.00**    **$748.22**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

**2.52**

**Clayton Givens**
Priority Creditor's Name
**6 Summer Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$723.44**    **$0.00**    **$723.44**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

---

| 2.5 3 | | | | | |
|---|---|---|---|---|---|

**Colin Seerey**
Priority Creditor's Name
**50 Addyston Place Ct**
**Wentzville, MO 63385**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$2,021.31**    **$0.00**    **$2,021.31**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Wages, salaries, and commissions**
                          **Business Debt - Business Employee**

---

| 2.5 4 | | | | | |
|---|---|---|---|---|---|

**Collin Fernau**
Priority Creditor's Name
**3645 Arpent Ln**
**Florissant, MO 63034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$640.88**    **$0.00**    **$640.88**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Wages, salaries, and commissions**
                          **Business Debt - Business Employee**

---

| 2.5 5 | | | | | |
|---|---|---|---|---|---|

**Colton Wolff**
Priority Creditor's Name
**3376 Old Oak Ln**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$234.07**    **$0.00**    **$234.07**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Wages, salaries, and commissions**
                          **Business Debt - Business Employee**

---

Debtor 1    **Mark D McKee**                                                    Case number (if known) _____

---

**2.56**

**Connor Polsak**
Priority Creditor's Name
**1215 Spring Lilly Drive**
**High Ridge, MO 63049**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $343.21    $0.00    $343.21

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

**2.57**

**Connor Zerr**
Priority Creditor's Name
**1376 Crimson Creek Dr**
**High Ridge, MO 63049**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $102.23    $0.00    $102.23

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

**2.58**

**Craig Fitzgerald**
Priority Creditor's Name
**2107 Huntington Ave**
**Saint Louis, MO 63114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $420.00    $0.00    $420.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.59 | **Daniel McClellan** | Last 4 digits of account number _____ | $305.51 | $0.00 | $305.51 |

Priority Creditor's Name
**9 Country Crossing Estates Dr**
**Saint Peters, MO 63376**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.60 | **Danielle McGee** | Last 4 digits of account number _____ | $845.88 | $0.00 | $845.88 |

Priority Creditor's Name
**81 Mallard Pointe Dr**
**O Fallon, MO 63368**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.61 | **Danielly Batista** | Last 4 digits of account number _____ | $738.00 | $0.00 | $738.00 |

Priority Creditor's Name
**16252 W 158th St**
**Olathe, KS 66062**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.62 | **Danny Taylor** | Last 4 digits of account number ___ ___ ___ ___ | **$1,500.00** | **$0.00** | **$1,500.00** |

Priority Creditor's Name
**6508 Twin Circle Ln**
**Simi Valley, CA 93063**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.63 | **Dante Benson** | Last 4 digits of account number ___ ___ ___ ___ | **$279.34** | **$0.00** | **$279.34** |

Priority Creditor's Name
**114 Westleigh Manor Dr**
**Wentzville, MO 63385**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.64 | **Daphany Edwards** | Last 4 digits of account number ___ ___ ___ ___ | **$415.49** | **$0.00** | **$415.49** |

Priority Creditor's Name
**507 NW 15th St**
**Blue Springs, MO 64015**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1    **Mark D McKee**                                              Case number (if known) _____

---

| 2.6 5 | **David Serrani** | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name

**112 Blanchard Ave**
**West Rutland, VT 05777**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **$4,300.00**     **$0.00**     **$4,300.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.6 6 | **Denise Maldonado Batista** | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name

**16252 W 158th St**
**Olathe, KS 66062**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **$1,800.00**     **$0.00**     **$1,800.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.6 7 | **Denise Mitchell** | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name

**19407 W 199th Ter**
**Spring Hill, KS 66083**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **$689.43**     **$0.00**     **$689.43**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

Case 26-20094    Doc# 1    Filed 01/26/26    Page 39 of 232

Debtor 1  **Mark D McKee**                                              Case number (if known) _____

---

**2.68**

**Devon O'Rando**
Priority Creditor's Name
**10817 Xavier St**
**Saint Ann, MO 63074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____       $100.00       $0.00       $100.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

**2.69**

**Diana Calzada**
Priority Creditor's Name
**929 Crestwood Ln**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____       $363.19       $0.00       $363.19

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

**2.70**

**Diana Martinez**
Priority Creditor's Name
**741 Pratt Ave**
**Bonner Springs, KS 66012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____       $283.96       $0.00       $283.96

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

Debtor 1 **Mark D McKee**  Case number (if known) _____

| | 2.7 1 | **Diane Vien** | Last 4 digits of account number ____ | **$408.91** | **$0.00** | **$408.91** |

**Diane Vien**
Priority Creditor's Name
**11947 Glenpark Dr**
**Maryland Heights, MO 63043**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ____  $408.91  $0.00  $408.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.7 2 | **Dominic Gill** |

**Dominic Gill**
Priority Creditor's Name
**1610 Holt St**
**Kansas City, KS 66102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ____  $336.81  $0.00  $336.81

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.7 3 | **Drew Riley** |

**Drew Riley**
Priority Creditor's Name
**217 Townview Ct**
**Wentzville, MO 63385**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ____  $1,442.48  $0.00  $1,442.48

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1   **Mark D McKee**                                        Case number (if known) _____

| | | | |
|---|---|---|---|

**2.74**

**Edward Kemp**
Priority Creditor's Name
**6651 Vinson Rd**
**Macon, GA 31216**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $930.00    $0.00    $930.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

**2.75**

**Edward Mize**
Priority Creditor's Name
**1200 Flagstone Ter**
**Lake Saint Louis, MO 63367**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $797.81    $0.00    $797.81

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

**2.76**

**Elijah Edminster**
Priority Creditor's Name
**2835 N 75th Ter**
**Kansas City, KS 66109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $977.00    $0.00    $977.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

| 2.7 7 | **Elizabeth Nash** | Last 4 digits of account number _____ | $526.09 | $0.00 | $526.09 |

Priority Creditor's Name

**1483 Schoal Creek Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify    **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

| 2.7 8 | **Ellen Wilhelm** | Last 4 digits of account number _____ | $330.81 | $0.00 | $330.81 |

Priority Creditor's Name

**535 Gentle Breeze Dr**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify    **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

| 2.7 9 | **Emma Livesay** | Last 4 digits of account number _____ | $200.87 | $0.00 | $200.87 |

Priority Creditor's Name

**1124 Water View Ln**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify    **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

| 2.8 0 | **Epiphany Johnican** | Last 4 digits of account number ____ | $956.25 | $0.00 | $956.25 |

Priority Creditor's Name
**4116 Euclid Ave**
**East Chicago, IN 46312**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.8 1 | **Evelyn Butler** | Last 4 digits of account number ____ | $580.97 | $0.00 | $580.97 |

Priority Creditor's Name
**301 W Armour Blvd**
**#308**
**Kansas City, MO 64111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.8 2 | **Gabriella Diebold** | Last 4 digits of account number ____ | $1,275.00 | $0.00 | $1,275.00 |

Priority Creditor's Name
**520 Auburn Trace Ln**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

---

| 2.8 3 | | | | |
|---|---|---|---|---|

**Gabrielle Keithley**

Priority Creditor's Name

**20 Snowbird Ct**
**O Fallon, MO 63366**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____        $538.48        $0.00        $538.48

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.8 4 | | | | |
|---|---|---|---|---|

**Gannon Crangle**

Priority Creditor's Name

**2 Queen Victoria Ct**
**O Fallon, MO 63366**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____        $126.59        $0.00        $126.59

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.8 5 | | | | |
|---|---|---|---|---|

**Georgia Gray**

Priority Creditor's Name

**313 Jessie Marie Ln**
**Saint Peters, MO 63376**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____        $832.21        $0.00        $832.21

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**

Case number (if known) _____

---

**2.8 6**

**Gerald Stephens**
Priority Creditor's Name
**43 Jackson Oaks Ct**
**Wentzville, MO 63385**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____  **$450.00**   **$0.00**   **$450.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

**2.8 7**

**Germarius Hunt**
Priority Creditor's Name
**1032 Pinewood Place Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____  **$594.00**   **$0.00**   **$594.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

**2.8 8**

**Gianna Leonelli**
Priority Creditor's Name
**8604 Savoy Ln**
**O Fallon, IL 62269**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____  **$1,275.00**   **$0.00**   **$1,275.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

Debtor 1   **Mark D McKee**                                                  Case number (if known) _____

---

**2.8 9**   **Grace Philpot**                          Last 4 digits of account number _____    **$418.22**        **$0.00**        **$418.22**

Priority Creditor's Name
**1413 Uthoff Farm Trail**                            When was the debt incurred? _____
**Fenton, MO 63026**
Number Street City State Zip Code

**Who incurred the debt? Check one.**                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                      ■ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ■ Disputed

■ At least one of the debtors and another            **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**     ☐ Domestic support obligations

**Is the claim subject to offset?**                   ☐ Taxes and certain other debts you owe the government

■ No                                                 ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                                ■ Other. Specify   **Wages, salaries, and commissions**
                                                                         **Business Debt - Business Employee**

---

**2.9 0**   **Hailey Dunavant**                       Last 4 digits of account number _____    **$352.35**        **$0.00**        **$352.35**

Priority Creditor's Name
**4741 Ray Ave**                                      When was the debt incurred? _____
**Saint Louis, MO 63116**
Number Street City State Zip Code

**Who incurred the debt? Check one.**                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                      ■ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ■ Disputed

■ At least one of the debtors and another            **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Domestic support obligations

**Is the claim subject to offset?**                   ☐ Taxes and certain other debts you owe the government

■ No                                                 ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                                ■ Other. Specify   **Wages, salaries, and commissions**
                                                                         **Business Debt - Business Employee**

---

**2.9 1**   **Hanah Glimpse**                         Last 4 digits of account number _____    **$717.17**        **$0.00**        **$717.17**

Priority Creditor's Name
**7308 Reynolds Ave**                                 When was the debt incurred? _____
**Kansas City, KS 66111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                      ■ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ■ Disputed

■ At least one of the debtors and another            **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Domestic support obligations

**Is the claim subject to offset?**                   ☐ Taxes and certain other debts you owe the government

■ No                                                 ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                                ■ Other. Specify   **Wages, salaries, and commissions**
                                                                         **Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                              Case number (if known) _____

| | | | | |
|---|---|---|---|---|

**2.9 2**

**Haverly Cox**
Priority Creditor's Name
**225 Christina Marie Dr**
**O Fallon, MO 63368**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **$598.36**        **$0.00**        **$598.36**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

**2.9 3**

**Heidi Loubser**
Priority Creditor's Name
**6110 E 129th St**
**Grandview, MO 64030**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **$393.75**        **$0.00**        **$393.75**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

**2.9 4**

**Henry Coulson**
Priority Creditor's Name
**4434 Meadow View Dr**
**Shawnee, KS 66226**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **$446.63**        **$0.00**        **$446.63**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                          Case number (if known)

---

**2.95**

**Hunter Page**
Priority Creditor's Name
**922 Saint Joseph Ave**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____    $510.48        $0.00        $510.48

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☒ Other. Specify **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

---

**2.96**

**Ian O'Brien**
Priority Creditor's Name
**1829 Northfield Dr**
**Saint Louis, MO 63114**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____    $448.00        $0.00        $448.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☒ Other. Specify **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

---

**2.97**

**Ignacio Pelico**
Priority Creditor's Name
**1602 Orleans Cir**
**Apt 1C**
**Kansas City, MO 64116**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____    $422.78        $0.00        $422.78

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☒ Other. Specify **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

---

| 2.9 8 | **Imma Curl** | Last 4 digits of account number | | **$2,779.22** | **$0.00** | **$2,779.22** |

Priority Creditor's Name
**10516 E 26th St S**
**Independence, MO 64052**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

| 2.9 9 | **Internal Revenue Service** | Last 4 digits of account number **6005** | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **Federal income tax debt.  Amount unknown,**
                    **listed for notice purposes**

---

| 2.1 00 | **Isabella Kemp** | Last 4 digits of account number | | **$3,451.88** | **$0.00** | **$3,451.88** |

Priority Creditor's Name
**3331 Whispering Dr N**
**Largo, FL 33771**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 2.1 01 | **Jack Reeves** | Last 4 digits of account number _____ | **$695.32** | **$0.00** | **$695.32** |

Priority Creditor's Name
**105 Ripple Creek Dr**
**Lake Saint Louis, MO 63367**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| | | | | |
|---|---|---|---|---|
| 2.1 02 | **Jaden Billups** | Last 4 digits of account number _____ | **$133.68** | **$0.00** | **$133.68** |

Priority Creditor's Name
**2734 W Randolph St**
**Saint Charles, MO 63301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| | | | | |
|---|---|---|---|---|
| 2.1 03 | **Jaeden Hernandez** | Last 4 digits of account number _____ | **$223.19** | **$0.00** | **$223.19** |

Priority Creditor's Name
**7825 Haskell Dr**
**Kansas City, KS 66109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

1/26/26  5:53PM

**2.1 04**

**Jailan Thomas**
Priority Creditor's Name
**24 Honey Locust Ln**
**Saint Charles, MO 63303**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ____        $276.00        $0.00        $276.00

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

---

**2.1 05**

**Janae Bursey**
Priority Creditor's Name
**1653 S 5th St**
**Saint Charles, MO 63303**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ____        $656.39        $0.00        $656.39

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

---

**2.1 06**

**Jane Portell**
Priority Creditor's Name
**515 Stanton Ct**
**Fenton, MO 63026**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ____        $211.50        $0.00        $211.50

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

---

| 2.1<br>07 | **Jasmine Chandler** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number ____ | **$1,084.98** | **$0.00** | **$1,084.98** |

**8 Buckeye Place Ct**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Wages, salaries, and commissions**
                     **Business Debt - Business Employee**

---

| 2.1<br>08 | **Jesse Wittkopp** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number ____ | **$388.58** | **$0.00** | **$388.58** |

**5549 Webster Ave**
**Kansas City, KS 66104**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Wages, salaries, and commissions**
                     **Business Debt - Business Employee**

---

| 2.1<br>09 | **Jessica Dodd** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number ____ | **$121.74** | **$0.00** | **$121.74** |

**454 Westglen Village Dr**
**Ballwin, MO 63021**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Wages, salaries, and commissions**
                     **Business Debt - Business Employee**

---

| | |
|---|---|
| **2.1 10** | |

**Jill Johnson**
Priority Creditor's Name
**105 Castle Creek Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____   **$199.49**   **$0.00**   **$199.49**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| | |
|---|---|
| **2.1 11** | |

**Jill Marx**
Priority Creditor's Name
**21 Jay Dee Ct**
**O Fallon, MO 63368**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____   **$411.90**   **$0.00**   **$411.90**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| | |
|---|---|
| **2.1 12** | |

**Joanna Ferbrache**
Priority Creditor's Name
**908 Apricot Dr**
**Saint Charles, MO 63301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____   **$454.40**   **$0.00**   **$454.40**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                      Case number (if known) _____

| 2.1 13 | **Jonah Hamai** | Last 4 digits of account number _____ | $823.96 | $0.00 | $823.96 |

Priority Creditor's Name
**204 Broadview Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 14 | **Jonathan Rustebakke** | Last 4 digits of account number _____ | $1,800.00 | $0.00 | $1,800.00 |

Priority Creditor's Name
**2219 1st Ave SW**
**Cedar Rapids, IA 52405**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 15 | **Joseph Taylor** | Last 4 digits of account number _____ | $937.50 | $0.00 | $937.50 |

Priority Creditor's Name
**14525 W 50th St**
**Shawnee, KS 66216**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1 **Mark D McKee**                                      Case number (if known) _____

---

**2.1 16**

**Joshua Patterson**
Priority Creditor's Name
**2240 Tracy Ave**
**Kansas City, MO 64108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$1,125.00**     **$0.00**     **$1,125.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Wages, salaries, and commissions**
                           **Business Debt - Business Employee**

---

**2.1 17**

**Justin Harris**
Priority Creditor's Name
**7605 Cornell Ave**
**Saint Louis, MO 63130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$840.00**     **$0.00**     **$840.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Wages, salaries, and commissions**
                           **Business Debt - Business Employee**

---

**2.1 18**

**Justin Harris**
Priority Creditor's Name
**7605 Cornell Ave**
**Saint Louis, MO 63130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$840.00**     **$840.00**     **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Wages, salaries, and commissions**

---

Debtor 1 **Mark D McKee**                                   Case number (if known) _____

---

| 2.1 19 | **Justin Heienickle** | Last 4 digits of account number _____ | $331.40 | $0.00 | $331.40 |

Priority Creditor's Name
**3150 La Baron Ln**
**Saint Charles, MO 63303**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

| 2.1 20 | **Kaden Dinges** | Last 4 digits of account number _____ | $237.32 | $0.00 | $237.32 |

Priority Creditor's Name
**1290 Hawkins Bend Ct**
**Fenton, MO 63026**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

| 2.1 21 | **KANSAS Department of Labor** | Last 4 digits of account number _____ | Unknown | Unknown | Unknown |

Priority Creditor's Name
**401 SW Topeka BLVD**
**Topeka, KS 66603**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** **12/2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify   **Wages, salaries, and commissions**
                    **Notice purposes for pending employee wage claims**

---

**2.1 22**

**Kansas Department of Revenue**
Priority Creditor's Name
**PO Box 12005**
**Topeka, KS 66612-2005**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number **6005**        **Unknown**        **Unknown**        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify         **State Income Tax Debt. Amount unknown, listed**
                                      **for notice purposes**

---

**2.1 23**

**Kansas Department of Revenue**
Priority Creditor's Name
**PO Box 12005**
**Topeka, KS 66612-2005**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number **0987**        **$6,080.09**        **$6,080.09**        **$0.00**

**When was the debt incurred?** **2024**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify         **Sales taxes owed by Debtor's business**

---

**2.1 24**

**Karis Hearne**
Priority Creditor's Name
**1204 River Run Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____        **$288.90**        **$0.00**        **$288.90**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify         **Wages, salaries, and commissions**
                                      **Business Debt - Business Employee**

Debtor 1 **Mark D McKee**     Case number (if known) _____

| | |
|---|---|
| **2.1 25** | |

**Karlo Dennie**
Priority Creditor's Name
**27024 Mott Ave**
**Brooksville, FL 34602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$634.25**    **$0.00**    **$634.25**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
      **Business Debt - Business Employee**

---

| | |
|---|---|
| **2.1 26** | |

**Kathryn Marshall**
Priority Creditor's Name
**5709 N Denver Ave**
**Kansas City, MO 64119**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$669.41**    **$0.00**    **$669.41**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
      **Business Debt - Business Employee**

---

| | |
|---|---|
| **2.1 27** | |

**Keith Keeton**
Priority Creditor's Name
**518 Galway Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$450.00**    **$0.00**    **$450.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
      **Business Debt - Business Employee**

---

Debtor 1 **Mark D McKee**

Case number (if known) _____

| 2.1 28 | **Kenna Harrington** | Last 4 digits of account number _____ | $610.20 | $0.00 | $610.20 |

Priority Creditor's Name
**6409 Beverly Dr**
**Mission, KS 66202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 29 | **Kevin Lanier Jr.** | Last 4 digits of account number _____ | $582.54 | $0.00 | $582.54 |

Priority Creditor's Name
**9861 Dennis Dr**
**Saint Louis, MO 63136**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 30 | **Khai Thomas** | Last 4 digits of account number _____ | $560.03 | $0.00 | $560.03 |

Priority Creditor's Name
**4614 N 111th St**
**Kansas City, KS 66109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1 **Mark D McKee**                    Case number (if known) _____

---

| 2.1 31 | **Kiana Diaz** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | **$280.36** | **$0.00** | **$280.36** |

**216 N 72nd St**
**Kansas City, KS 66112**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify   **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 32 | **Kimberly McGuire** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | **$632.91** | **$0.00** | **$632.91** |

**16805 Pike**
**Clarksville, MO 63336**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify   **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 33 | **Kimberly Patton** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | **$389.47** | **$0.00** | **$389.47** |

**2404 Headland Dr**
**Saint Charles, MO 63301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify   **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

Debtor 1   **Mark D McKee**                                    Case number (if known) _____

| 2.1 34 | **Kobe Polk** | Last 4 digits of account number _____ | **$696.00** | **$0.00** | **$696.00** |

Priority Creditor's Name
**1407 Ticonderoga Dr**
**Saint Peters, MO 63376**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
                          **Business Debt - Business Employee**

---

| 2.1 35 | **Kristin Gengier** | Last 4 digits of account number _____ | **$1,023.74** | **$0.00** | **$1,023.74** |

Priority Creditor's Name
**11153 Rowland Ave**
**Kansas City, KS 66109**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
                          **Business Debt - Business Employee**

---

| 2.1 36 | **Landin Hoyle** | Last 4 digits of account number _____ | **$568.44** | **$0.00** | **$568.44** |

Priority Creditor's Name
**19 Quail Woods Dr**
**Fenton, MO 63026**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
                          **Business Debt - Business Employee**

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

| 2.1 37 | **Landon Ferber** | | Last 4 digits of account number _____ | **$360.00** | **$0.00** | **$360.00** |

Priority Creditor's Name
**7 Holly Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

---

| 2.1 38 | **Landon Flaherty** | | Last 4 digits of account number _____ | **$1,325.67** | **$0.00** | **$1,325.67** |

Priority Creditor's Name
**308 Williams Dr**
**Eureka, MO 63025**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

---

| 2.1 39 | **Laron Gillis** | | Last 4 digits of account number _____ | **$956.63** | **$0.00** | **$956.63** |

Priority Creditor's Name
**2440 Brooklyn Ave**
**Kansas City, MO 64127**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

---

Debtor 1 **Mark D McKee**

Case number (if known) _____

---

| 2.1 40 | | | | |
|---|---|---|---|---|

**Lauren Frazier**
Priority Creditor's Name
**809 Raritan Rd**
**Scotch Plains, NJ 07076**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **$1,275.00**   **$0.00**   **$1,275.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 41 | | | | |
|---|---|---|---|---|

**Lauren Gluck**
Priority Creditor's Name
**1371 Briar Creek Dr**
**Saint Charles, MO 63304**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **$286.65**   **$0.00**   **$286.65**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 42 | | | | |
|---|---|---|---|---|

**Lillian Goforth**
Priority Creditor's Name
**19 Bridal Oak Ln**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **$346.02**   **$0.00**   **$346.02**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

---

| 2.1 43 | **Lily Porter** | Last 4 digits of account number _____ | $458.74 | $0.00 | $458.74 |

Priority Creditor's Name
**239 England Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Wages, salaries, and commissions**
                      **Business Debt - Business Employee**

---

| 2.1 44 | **Lucas Peich** | Last 4 digits of account number _____ | $473.45 | $0.00 | $473.45 |

Priority Creditor's Name
**187 Homefield Gardens Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Wages, salaries, and commissions**
                      **Business Debt - Business Employee**

---

| 2.1 45 | **Luke Tanner** | Last 4 digits of account number _____ | $118.57 | $0.00 | $118.57 |

Priority Creditor's Name
**74 Smoke Tree Dr**
**Fenton, MO 63026**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Wages, salaries, and commissions**
                      **Business Debt - Business Employee**

---

| 2.1 46 | **Luzmarie Floyd** | Last 4 digits of account number ____ | $529.01 | $0.00 | $529.01 |

Priority Creditor's Name
**11733 N 14th St**
**Tampa, FL 33612**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 47 | **Madeline Arledge** | Last 4 digits of account number ____ | $1,275.00 | $0.00 | $1,275.00 |

Priority Creditor's Name
**13574 Becker Place Dr**
**Saint Louis, MO 63128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 48 | **Madelyn Carrell** | Last 4 digits of account number ____ | $703.31 | $0.00 | $703.31 |

Priority Creditor's Name
**1322 New Charter Ln**
**O Fallon, MO 63366-1570**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

| 2.1 49 | **Madisyn Sanborn** | Last 4 digits of account number _____ | $544.07 | $0.00 | $544.07 |

Priority Creditor's Name
**6707 N Merrimac Ave**
**Kansas City, MO 64151**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 50 | **Madyson Walters** | Last 4 digits of account number _____ | $658.49 | $0.00 | $658.49 |

Priority Creditor's Name
**223 Fairway Green Dr**
**O Fallon, MO 63368**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 51 | **Maria Kennedy** | Last 4 digits of account number _____ | $956.25 | $0.00 | $956.25 |

Priority Creditor's Name
**1011 SW Webster Ave**
**Topeka, KS 66604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

---

| 2.1 52 | **Mason Redding** | Last 4 digits of account number _____ | **$1,070.82** | **$0.00** | **$1,070.82** |

Priority Creditor's Name
**16 London Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 53 | **Mason Rodriguez** | Last 4 digits of account number _____ | **$773.82** | **$0.00** | **$773.82** |

Priority Creditor's Name
**6 Oak Point Ct**
**Saint Peters, MO 63376**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 54 | **Mason Schiele** | Last 4 digits of account number _____ | **$998.54** | **$0.00** | **$998.54** |

Priority Creditor's Name
**125 Hillary Cir**
**Wentzville, MO 63385**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| | | | |
|---|---|---|---|
| 2.1 55 | **Matthew Stufflebean** | | |

**Matthew Stufflebean**
Priority Creditor's Name
**607 Barbara Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____     $528.76     $0.00     $528.76

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

---

| | | | |
|---|---|---|---|
| 2.1 56 | **Matthew Townsel** | | |

**Matthew Townsel**
Priority Creditor's Name
**89 Brewster Ct**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____     $173.11     $0.00     $173.11

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

---

| | | | |
|---|---|---|---|
| 2.1 57 | **McKenzie Norris** | | |

**McKenzie Norris**
Priority Creditor's Name
**1414 Tennessee St**
**Lawrence, KS 66044**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____     $319.06     $0.00     $319.06

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

| | | | |
|---|---|---|---|
| 2.1 58 | **Mia Rebstock** | Last 4 digits of account number | $329.06 | $0.00 | $329.06 |

**Mia Rebstock**
Priority Creditor's Name
**1339 New Charter Ln**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ____  $329.06  $0.00  $329.06

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 59 | **Mikala Ball** | Last 4 digits of account number | $282.72 | $0.00 | $282.72 |

**Mikala Ball**
Priority Creditor's Name
**1235 Begonia Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ____  $282.72  $0.00  $282.72

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 60 | **Mirabella Willbrand** | Last 4 digits of account number | $479.37 | $0.00 | $479.37 |

**Mirabella Willbrand**
Priority Creditor's Name
**1603 Valley Hill Ct**
**Dardenne Prairie, MO 63368**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ____  $479.37  $0.00  $479.37

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1  **Mark D McKee**                                      Case number (if known) _____

| | | |
|---|---|---|

**2.1**
**61**

**Missouri Department of Revenue**
Priority Creditor's Name
**PO Box 475**
**Jefferson City, MO 65105-0475**
Number Street City State Zip Code

Last 4 digits of account number **6005**        **Unknown**        **Unknown**        **Unknown**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**State income tax debt.  Amount unknown.  Listed for notice purposes**

---

**2.1**
**62**

**Natalie Barnes**
Priority Creditor's Name
**677 Sheridan Ct**
**Lake Zurich, IL 60047**
Number Street City State Zip Code

Last 4 digits of account number _____   **$1,087.50**        **$0.00**        **$1,087.50**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**

**Business Debt - Business Employee**

---

**2.1**
**63**

**Nicholas Forrest**
Priority Creditor's Name
**1125 Saint Paul Ln**
**O Fallon, MO 63366**
Number Street City State Zip Code

Last 4 digits of account number _____   **$534.58**        **$0.00**        **$534.58**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**

**Business Debt - Business Employee**

---

Debtor 1 **Mark D McKee**　　　　　　　　　　Case number (if known) _____

---

2.1
64

**Nishant Bhakta**
Priority Creditor's Name
**133 Courtfield Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____　$288.00　$0.00　$288.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify　**Wages, salaries, and commissions**
　　　　　　　**Business Debt - Business Employee**

---

2.1
65

**Noah Mills**
Priority Creditor's Name
**440 Hithergreen Dr**
**Lansing, KS 66043**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____　$859.61　$0.00　$859.61

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify　**Wages, salaries, and commissions**
　　　　　　　**Business Debt - Business Employee**

---

2.1
66

**Noah Philpot**
Priority Creditor's Name
**1413 Uthoff Farm Trail**
**Fenton, MO 63026**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____　$422.29　$0.00　$422.29

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify　**Wages, salaries, and commissions**
　　　　　　　**Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                            Case number (if known) _____

| 2.1 67 | **Nolan Bartels** | Last 4 digits of account number ____ ____ | $84.60 | $0.00 | $84.60 |
|---|---|---|---|---|---|

Priority Creditor's Name
**101 Grand Slam Cir**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 68 | **Norma Rosales** | Last 4 digits of account number ____ ____ | $78.98 | $0.00 | $78.98 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1024 N Washington Blvd**
**Kansas City, KS 66102**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 69 | **Normando Herrera Garcia** | Last 4 digits of account number ____ ____ | $4,199.06 | $0.00 | $4,199.06 |
|---|---|---|---|---|---|

Priority Creditor's Name
**455 Serenity Mill Loop**
**Ruskin, FL 33570**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

Debtor 1 **Mark D McKee**            Case number (if known) _____

---

**2.1 70**

**Olivia Martin**
Priority Creditor's Name
**1946 Hedge Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$113.27**    **$0.00**    **$113.27**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
           **Business Debt - Business Employee**

---

**2.1 71**

**Olivia Orr**
Priority Creditor's Name
**1330 Dayton Ln**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$465.13**    **$0.00**    **$465.13**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
           **Business Debt - Business Employee**

---

**2.1 72**

**Owen Schneider**
Priority Creditor's Name
**1278 Hawkins Bend Ct**
**Fenton, MO 63026**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$443.82**    **$0.00**    **$443.82**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
           **Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**

Case number (if known) _____

---

| 2.1 73 | **Patrick Erekson** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**706 S Spoede Rd**
**Saint Louis, MO 63131**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____  **$225.00**   **$0.00**   **$225.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 74 | **Peyton Hennager** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**11221 W 68th St**
**Shawnee, KS 66203**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____  **$2,317.50**   **$0.00**   **$2,317.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 75 | **Peyton Jones** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**1225 The Crossings Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____  **$681.22**   **$0.00**   **$681.22**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                   Case number (if known) _____

| | | |
|---|---|---|

<br>

**2.1**
**76**

**Rebecca Laureano**
Priority Creditor's Name
**455 Serenity Mill Loop**
**Ruskin, FL 33570**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$2,008.60**     **$0.00**     **$2,008.60**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

**2.1**
**77**

**Rebekah Dietrich**
Priority Creditor's Name
**4323 Tyrolean Ave**
**Saint Louis, MO 63116**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$299.00**     **$0.00**     **$299.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

**2.1**
**78**

**Rilee Fevurly**
Priority Creditor's Name
**1252 Woodgrove Park Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$710.63**     **$0.00**     **$710.63**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.1 79 | **Ruby Melendez** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**1611 S 49th Ter**
**Kansas City, KS 66106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **$104.86**     **$0.00**     **$104.86**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

| 2.1 80 | **Ryan Kliethermes** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**1404 Indigo Trail Ct**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **$95.71**     **$0.00**     **$95.71**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

| 2.1 81 | **Ryann Kruse** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**124 Jerome Henry Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **$770.98**     **$0.00**     **$770.98**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Wages, salaries, and commissions**
                    **Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

| 2.1 82 | **Rylie Lansford** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**2203 Homefield Grove Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

Last 4 digits of account number _____    **$605.87**    **$0.00**    **$605.87**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.1 83 | **Sam Hart** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**26 Parkview Dr**
**Saint Peters, MO 63376**
Number Street City State Zip Code

Last 4 digits of account number _____    **$462.92**    **$0.00**    **$462.92**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.1 84 | **Sandy Jerome** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**9042 Grateful Thomas Trl**
**Apt 213**
**Tampa, FL 33626**
Number Street City State Zip Code

Last 4 digits of account number _____    **$442.50**    **$0.00**    **$442.50**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

| | |
|---|---|

**2.1 85**

**Saniyah Sykes**
Priority Creditor's Name
**733 N 74th St**
**Kansas City, KS 66112**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$255.81**     **$0.00**     **$255.81**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

---

**2.1 86**

**Scarlett Grinstead-Shroyer**
Priority Creditor's Name
**238 Oakborough Dr**
**Lake Saint Louis, MO 63367**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$920.94**     **$0.00**     **$920.94**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

---

**2.1 87**

**Shaley Harper**
Priority Creditor's Name
**100 E 28th Ter**
**Apt 5**
**Kansas City, MO 64108**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$156.47**     **$0.00**     **$156.47**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

| 2.1 88 | **Sharon Bolterman** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**4432 Raven Pt**
**High Ridge, MO 63049**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$1,821.86**     **$0.00**     **$1,821.86**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 89 | **Shawnee Codianne** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**233 Juanita Cv**
**Lonoke, AR 72086**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$1,780.80**     **$0.00**     **$1,780.80**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 90 | **Shelby King** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**13321 Birch St**
**Apt 825**
**Overland Park, KS 66209**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$370.34**     **$0.00**     **$370.34**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1 **Mark D McKee**                          Case number (if known) _____

| 2.1 91 | **Sierra Smith** | Last 4 digits of account number _____ | $301.80 | $0.00 | $301.80 |

Priority Creditor's Name
**142 River Rock Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 92 | **Sydney Nelson** | Last 4 digits of account number _____ | $956.25 | $0.00 | $956.25 |

Priority Creditor's Name
**12457 Spruce Ct**
**Rogers, MN 55374**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.1 93 | **Tanner Stewart** | Last 4 digits of account number _____ | $400.06 | $0.00 | $400.06 |

Priority Creditor's Name
**5813 Edith Ave**
**Kansas City, KS 66104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1  **Mark D McKee**                                          Case number (if known) _____

| 2.1 94 | **Tasha Sommer** | Last 4 digits of account number ____ ____ | $680.91 | $0.00 | $680.91 |
|---|---|---|---|---|---|

Priority Creditor's Name
**2029 Jeffery Martin Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.1 95 | **Tehreem Chaudhry** | Last 4 digits of account number ____ ____ | $425.51 | $0.00 | $425.51 |
|---|---|---|---|---|---|

Priority Creditor's Name
**12301 W 119th Ter**
**Apt 327**
**Overland Park, KS 66213**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.1 96 | **Terrace Wyatt** | Last 4 digits of account number ____ ____ | $57.50 | $0.00 | $57.50 |
|---|---|---|---|---|---|

Priority Creditor's Name
**4580 S Bass Pro Dr**
**Apt 1115**
**Independence, MO 64055**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

| 2.1 97 | **Thomas Craft** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | **$890.51** | **$0.00** | **$890.51** |

**Thomas Craft**
Priority Creditor's Name
**3331 Whispering Dr N**
**Largo, FL 33771**
Number Street City State Zip Code

Last 4 digits of account number _____        **$890.51**        **$0.00**        **$890.51**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

---

**Tobie Turnbough**
Priority Creditor's Name
**2107 Huntington Ave**
**Saint Louis, MO 63114**
Number Street City State Zip Code

Last 4 digits of account number _____        **$420.00**        **$0.00**        **$420.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

---

**Trey Parker**
Priority Creditor's Name
**206 Wabash Woods Way**
**O Fallon, MO 63366**
Number Street City State Zip Code

Last 4 digits of account number _____        **$319.31**        **$0.00**        **$319.31**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
  **Business Debt - Business Employee**

| 2.2 00 | **Trisha Grinstead** | Last 4 digits of account number ____ | $785.58 | $0.00 | $785.58 |

Priority Creditor's Name
**238 Oakborough Dr**
**Lake Saint Louis, MO 63367**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.2 01 | **Tyler Hawks** | Last 4 digits of account number ____ | $691.51 | $0.00 | $691.51 |

Priority Creditor's Name
**1329 Redwood Dr**
**Saint Clair, MO 63077**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

---

| 2.2 02 | **Tyler Metz** | Last 4 digits of account number ____ | $884.77 | $0.00 | $884.77 |

Priority Creditor's Name
**1687 Smizer Station Rd**
**Fenton, MO 63026**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Business Debt - Business Employee**

Debtor 1   **Mark D McKee**                                      Case number *(if known)*

---

| 2.2 03 | | | | | |
|---|---|---|---|---|---|

**Viany Hernandez**                          Last 4 digits of account number ____    **$391.94**    **$0.00**    **$391.94**
Priority Creditor's Name
**6341 N Klamm Rd**                           When was the debt incurred? _____
**Unit 7311**
**Kansas City, MO 64151**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
■ At least one of the debtors and another    Type of PRIORITY unsecured claim:
☐ **Check if this claim is for a  community debt**    ☐ Domestic support obligations
**Is the claim subject to offset?**          ☐ Taxes and certain other debts you owe the government
■ No                                         ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                        ■ Other. Specify  **Wages, salaries, and commissions**
                                             **Business Debt - Business Employee**

---

| 2.2 04 | | | | | |
|---|---|---|---|---|---|

**Victoria Hilger**                          Last 4 digits of account number ____    **$956.25**    **$0.00**    **$956.25**
Priority Creditor's Name
**200 W Armour Blvd**                         When was the debt incurred? _____
**Apt 52**
**Kansas City, MO 64111**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
■ At least one of the debtors and another    Type of PRIORITY unsecured claim:
☐ **Check if this claim is for a  community debt**    ☐ Domestic support obligations
**Is the claim subject to offset?**          ☐ Taxes and certain other debts you owe the government
■ No                                         ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                        ■ Other. Specify  **Wages, salaries, and commissions**
                                             **Business Debt - Business Employee**

---

| 2.2 05 | | | | | |
|---|---|---|---|---|---|

**William Dery**                             Last 4 digits of account number ____    **$532.12**    **$0.00**    **$532.12**
Priority Creditor's Name
**36 Hollandbush Ct**                         When was the debt incurred? _____
**Saint Charles, MO 63304**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
■ At least one of the debtors and another    Type of PRIORITY unsecured claim:
☐ **Check if this claim is for a  community debt**    ☐ Domestic support obligations
**Is the claim subject to offset?**          ☐ Taxes and certain other debts you owe the government
■ No                                         ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                        ■ Other. Specify  **Wages, salaries, and commissions**
                                             **Business Debt - Business Employee**

---

Debtor 1    **Mark D McKee**

Case number (if known) _____

---

**2.2 06**

**William Molstad**
Priority Creditor's Name
**38 Coach Line Dr**
**O Fallon, MO 63368**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $973.43    $0.00    $973.43

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

**2.2 07**

**Xavier Subramaniam**
Priority Creditor's Name
**657 Legends View Dr**
**Eureka, MO 63025**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $396.90    $396.90    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

**2.2 08**

**Zach Liggett**
Priority Creditor's Name
**2036 Meramec Meadows Dr**
**Fenton, MO 63026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $581.67    $0.00    $581.67

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
                   **Business Debt - Business Employee**

---

Debtor 1    **Mark D McKee**                                                    Case number (if known) _____

---

| 2.2 09 | **Zach Wyatt** | | Last 4 digits of account number ____ | **$1,138.16** | **$0.00** | **$1,138.16** |

Priority Creditor's Name
**1486 Heritage Valley Dr**
**High Ridge, MO 63049**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

---

| 2.2 10 | **Zachary Robertson** | | Last 4 digits of account number ____ | **$819.32** | **$0.00** | **$819.32** |

Priority Creditor's Name
**26 Brussels Valley Dr**
**Troy, MO 63379**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

---

| 2.2 11 | **Zachary Watson** | | Last 4 digits of account number ____ | **$108.59** | **$0.00** | **$108.59** |

Priority Creditor's Name
**302 Burning Brook Dr**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
                  **Business Debt - Business Employee**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority

Debtor 1   **Mark D McKee**                                              Case number (if known) _____

unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**   **CAPITAL ONE BANK USA NA**

Nonpriority Creditor's Name

**PO BOX 30281**

**Salt Lake City, UT 84130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **xxxx**                                    **$981.00**

When was the debt incurred?    **8/16/1996**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.2**   **A Touch of Class Catering**

Nonpriority Creditor's Name

**256 Stiles Drive**

**Wentzville, MO 63385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    _____                    **$7,500.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.3**   **Allen Lee Holston**

Nonpriority Creditor's Name

**582 Olive Street**

**Pocahontas, IL 62275**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    _____                    **$1,008.75**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

Debtor 1  **Mark D McKee**          Case number (if known) _____

| 4.4 | **Amari Simone** | Last 4 digits of account number _____ | **$1,020.00** |

Nonpriority Creditor's Name

**7019 Parkview Avenue**
**Kansas City, KS 66109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt** _____

---

| 4.5 | **American Trailer & STO** | Last 4 digits of account number _____ | **$1,660.00** |

Nonpriority Creditor's Name

**6900 E 39th St**
**Kansas City, MO 64129**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt** _____

---

| 4.6 | **Andrew Alexander Madden** | Last 4 digits of account number _____ | **$7,800.00** |

Nonpriority Creditor's Name

**5610 Beverly Lane**
**Mission, KS 66202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt** _____

Debtor 1 **Mark D McKee**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.7 | **Arctic Glacier U.S.A. Inc.** | Last 4 digits of account number _____ | **$1,191.20** |

Nonpriority Creditor's Name

**307 23rd Street Extension**
**Suite 950**
**Sharpsburg, PA 15215**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| | | | |
|---|---|---|---|
| 4.8 | **BCP Tech** | Last 4 digits of account number _____ | **$12,037.00** |

Nonpriority Creditor's Name

**1511 Baltimore Avenue**
**Suite 200**
**Kansas City, MO 64108**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| | | | |
|---|---|---|---|
| 4.9 | **BeenzM Creative** | Last 4 digits of account number _____ | **$1,720.00** |

Nonpriority Creditor's Name

**40 Heather Valley Circle**
**Saint Peters, MO 63376**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **Mark D McKee**

Case number (if known) _____

| 4.1 0 | **Berg Holdings, LLC** | | Last 4 digits of account number _____ | **$43,638.00** |

**Berg Holdings, LLC**
Nonpriority Creditor's Name
**17760 182nd Street**
**Tonganoxie, KS 66086**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**$43,638.00**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.1 1 | **Berg Holdings, LLC** | | Last 4 digits of account number _____ | **$1,800,000.00** |

**Berg Holdings, LLC**
Nonpriority Creditor's Name
**17760 182nd Street**
**Tonganoxie, KS 66086**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**$1,800,000.00**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.1 2 | **Best Garda World** | | Last 4 digits of account number _____ | **$6,138.83** |

**Best Garda World**
Nonpriority Creditor's Name
**1699 South Hanley Road**
**Suite 350**
**Saint Louis, MO 63144**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**$6,138.83**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

Debtor 1  **Mark D McKee**                                      Case number (if known) _____

| 4.1 3 | **Bliss Events LLC** | **Last 4 digits of account number** _____ | **$1,450.44** |

Nonpriority Creditor's Name
**6632 Belcrest Drive**
**Barnhart, MO 63012**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.1 4 | **Brandon Michael Gubricky** | **Last 4 digits of account number** _____ | **$600.00** |

Nonpriority Creditor's Name
**1410 Tisbury Circle**
**O Fallon, MO 63366**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.1 5 | **Brian Shalton** | **Last 4 digits of account number** _____ | **$34,171.06** |

Nonpriority Creditor's Name
**12008 Overbrook Road**
**Leawood, KS 66209**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

Debtor 1 **Mark D McKee**                                  Case number (if known) _____

| 4.1 6 | **Brittney Donovan** | | Last 4 digits of account number _____ | **$1,925.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1518 Still Forest Court**
**Saint Peters, MO 63376**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

| 4.1 7 | **Brock Holdings III, Inc.** | | Last 4 digits of account number _____ | **$81,957.60** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10343 Sam Houston Park Drive**
**Suite 200**
**Houston, TX 77064**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

| 4.1 8 | **Budrovich** | | Last 4 digits of account number _____ | **$3,520.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10328 Lake Bluff Drive**
**Saint Louis, MO 63123**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

Debtor 1  **Mark D McKee**                                        Case number (if known) _____

---

**4.1 9**

| **Cally Beckman** | **Last 4 digits of account number** _____ | **$600.00** |

Nonpriority Creditor's Name
**711 Northeast 3rd Street**
**Blue Springs, MO 64014**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

**4.2 0**

| **Capital One Bank** | **Last 4 digits of account number** **xxxx** | **$2,510.00** |

Nonpriority Creditor's Name
**PO Box 31293**
**Salt Lake City, UT 84131**
Number Street City State Zip Code

**When was the debt incurred?**  **3/4/2022**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.2 1**

| **Caroling Saint Louis** | **Last 4 digits of account number** _____ | **$6,985.00** |

Nonpriority Creditor's Name
**5345 Pershing Avenue**
**Apt 1A**
**Saint Louis, MO 63112**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

Debtor 1  **Mark D McKee**                                          Case number (if known) _____

---

| 4.2 2 | **CES Power** | | **Last 4 digits of account number** _____ | **$193,714.39** |

Nonpriority Creditor's Name
**3500 Air Center Cove**
**Memphis, TN 38118**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt** _____

---

| 4.2 3 | **Chestnut Fine Arts Center** | | **Last 4 digits of account number** _____ | **$2,100.00** |

Nonpriority Creditor's Name
**234 North Chestnut Street**
**Olathe, KS 66061**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt** _____

---

| 4.2 4 | **Christian Reed** | | **Last 4 digits of account number** _____ | **$550.00** |

Nonpriority Creditor's Name
**214 Thorn Brook Drive**
**O Fallon, MO 63366**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt** _____

---

Debtor 1 __Mark D McKee__                    Case number (if known) _____

**4.2 5**

**Circus Kaput**
Nonpriority Creditor's Name
**633 Shadowridge Dr.**
**Wildwood, MO 63011**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$12,850.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.2 6**

**Clayton DeLong**
Nonpriority Creditor's Name
**8509 Grande Pas**
**Kansas City, MO 64114**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$400.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.2 7**

**Clean Sheet Consulting**
Nonpriority Creditor's Name
**805 West Gregory Boulevard**
**Kansas City, MO 64114**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$15,370.29**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1   **Mark D McKee**                                                     Case number (if known) _____

---

| 4.2 8 | **Concourse Foods LLC** | **Last 4 digits of account number** _____ | **$413.18** |

Nonpriority Creditor's Name

**4404 McPherson Avenue**
**Apt 706**
**Saint Louis, MO 63108**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt** _____

---

| 4.2 9 | **Contemporary Services Corp.** | **Last 4 digits of account number** _____ | **$41,900.00** |

Nonpriority Creditor's Name

**17101 Superior Street**
**Los Angeles, CA 91325**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

| 4.3 0 | **Cornerstone Consulting** | **Last 4 digits of account number** _____ | **$9,000.00** |

Nonpriority Creditor's Name

**1176 N. Irving Street**
**Allentown, PA 18109**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

Debtor 1 **Mark D McKee**                    Case number (if known) _____

---

**4.3 1**

**Cumulus Media Inc**
Nonpriority Creditor's Name
**3671 Momentum Place**
**Chicago, IL 60689**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$8,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

**4.3 2**

**Dagan LLC**
Nonpriority Creditor's Name
**13200 Corporate Exchange Drive**
**Bridgeton, MO 63044**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$1,337.46**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

**4.3 3**

**Dalton Koch**
Nonpriority Creditor's Name
**140 Hadley Grove Drive**
**Moscow Mills, MO 63362**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$350.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

Debtor 1  **Mark D McKee**                              Case number (if known) _____

---

**4.3 4**

**Daniel David Shearer**                    Last 4 digits of account number _____        **$2,250.00**
Nonpriority Creditor's Name
**8020 Northeast 103rd Street**            When was the debt incurred? _____
**Kansas City, MO 64157**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                            ■ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ■ Disputed
■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                       ■ Other. Specify    **Business Debt**
☐ Yes                                      _____

---

**4.3 5**

**David E Edwards**                        Last 4 digits of account number _____        **$9,000.00**
Nonpriority Creditor's Name
**7990 Kaw Drive**                         When was the debt incurred? _____
**Kansas City, KS 66111**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                            ■ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ■ Disputed
■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                       ■ Other. Specify    **Business Debt**
☐ Yes                                      _____

---

**4.3 6**

**David McNeil Stroud**                    Last 4 digits of account number _____        **$2,937.50**
Nonpriority Creditor's Name
**2513 Northwest 84th Terrace**            When was the debt incurred? _____
**Kansas City, MO 64154**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                            ■ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ■ Disputed
■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                       ■ Other. Specify    **Business Debt**
☐ Yes                                      _____

---

Debtor 1  **Mark D McKee**

Case number (if known) _____

---

**4.3 7**

**Davis Supply Inc.**
Nonpriority Creditor's Name
**655 Southwest 2nd Street**
**Lees Summit, MO 64063**
Number City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____   $3,792.76

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt** _____

---

**4.3 8**

**Donald Valmont Drouin, Jr.**
Nonpriority Creditor's Name
**1330 Bossler Lane**
**O Fallon, IL 62269**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____   $2,750.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt** _____

---

**4.3 9**

**Drake Nelsen**
Nonpriority Creditor's Name
**320 Condor Drive**
**Winfield, MO 63389**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____   $1,300.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt** _____

---

Debtor 1  **Mark D McKee**        Case number (if known) _____

---

**4.40**

**EIS Group**
Nonpriority Creditor's Name
**PO Box 1938**
**Frederick, MD 21702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **$250,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

**4.41**

**Elsa Wagnon**
Nonpriority Creditor's Name
**4611 Clifton Terrace Road**
**Godfrey, IL 62035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **$500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

**4.42**

**Erin Wood**
Nonpriority Creditor's Name
**2342 Westchester Road**
**Lawrence, KS 66049**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **$1,050.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

---

**4.4**
**3**

**Eventworks**                                    **Last 4 digits of account number** _____            **$107,846.61**
Nonpriority Creditor's Name
**5901 California Avenue**                        **When was the debt incurred?** _____
**Nashville, TN 37209**
Number City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**       ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                             ■ Other. Specify  **Business Debt**
☐ Yes                                            _____

---

**4.4**
**4**

**Everywhere An Entertainer! LLC**               **Last 4 digits of account number** _____            **$17,715.00**
Nonpriority Creditor's Name
**519 Ruggles Road**                             **When was the debt incurred?** _____
**Ferguson, MO 63135**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**       ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                             ■ Other. Specify  **Business Debt**
☐ Yes                                            _____

---

**4.4**
**5**

**Family Media Group Inc**                       **Last 4 digits of account number** _____            **$7,000.00**
Nonpriority Creditor's Name
**11937 West 119th Street**                       **When was the debt incurred?** _____
**#335**
**Overland Park, KS 66213**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**       ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                             ■ Other. Specify  **Business Debt**
☐ Yes                                            _____

---

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

| | |
|---|---|
| 4.4 6 | **Ferrell Gas** |

Nonpriority Creditor's Name
**PO Box 173940**
**Denver, CO 80217-3940**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

**$4,389.13**

---

| | |
|---|---|
| 4.4 7 | **Forklift America LLC** |

Nonpriority Creditor's Name
**4316 Bridgeton Industrial Dr**
**Bridgeton, MO 63044**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

**$20,948.62**

---

| | |
|---|---|
| 4.4 8 | **Freddie G Allenbrand** |

Nonpriority Creditor's Name
**6712 Renner Road**
**Shawnee, KS 66217**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

**$1,250.00**

---

Debtor 1 **Mark D McKee**        Case number (if known) _____

---

**4.49**

**Gateway Propane**
Nonpriority Creditor's Name
**PO Box 306**
**Dupo, IL 62239**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$9,322.77**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt** _____

---

**4.50**

**Green Acres Lawn and Landscape**
Nonpriority Creditor's Name
**14539 150th Street**
**Bonner Springs, KS 66012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$8,205.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt** _____

---

**4.51**

**Herc Rentals**
Nonpriority Creditor's Name
**PO Box 936257**
**Atlanta, GA 31193**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$1,313.17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt** _____

---

| 4.5 2 | **High Country Inspections LLC** | | **Last 4 digits of account number** _____ | **$2,475.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**196 North Cunningham Avenue**
**Inverness, FL 34453**

Number City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.5 3 | **Holiday FX Lighting Experts** | | **Last 4 digits of account number** _____ | **$68,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**939 Homestead Street**
**Excelsior Springs, MO 64024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.5 4 | **Holly Garza** | | **Last 4 digits of account number** _____ | **$600.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**415 Hollowgate Court**
**Lake Saint Louis, MO 63367**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

Debtor 1   **Mark D McKee**                                    Case number (if known) _____

---

**4.5 5**

**In The Lead Marketing**                           Last 4 digits of account number _____          **$3,200.00**

Nonpriority Creditor's Name

**501 Northeast Barnes Avenue**                     When was the debt incurred? _____

**Kansas City, MO 64118**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                     ■ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ■ Disputed

■ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community**         ☐ Student loans

**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                    report as priority claims
Is the claim subject to offset?
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify   **Business Debt**
☐ Yes                                               _____

---

**4.5 6**

**Jahi Eskridge**                                   Last 4 digits of account number _____          **$1,500.00**

Nonpriority Creditor's Name

**1067 Ferguson Avenue**                            When was the debt incurred? _____

**Saint Louis, MO 63130**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                     ■ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ■ Disputed

■ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**         ☐ Student loans

**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                    report as priority claims
Is the claim subject to offset?
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify   **Business Debt**
☐ Yes                                               _____

---

**4.5 7**

**Jamie Graves**                                    Last 4 digits of account number _____          **$600.00**

Nonpriority Creditor's Name

**3440 Tedmar Avenue**                              When was the debt incurred? _____

**Saint Louis, MO 63139**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                     ■ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ■ Disputed

■ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**         ☐ Student loans

**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                    report as priority claims
Is the claim subject to offset?
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify   **Business Debt**
☐ Yes                                               _____

---

**4.58**

**Jan-Pro of Saint Louis**
Nonpriority Creditor's Name
**233 Millwell Drive**
**Maryland Heights, MO 63043**
Number City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                $4,928.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

**4.59**

**Jefferson Capital LLC**
Nonpriority Creditor's Name
**200 14th Ave E**
**Sartell, MN 56377-2198**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **xxxx**                $1,839.00

**When was the debt incurred?**   **4/22/2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Account**

---

**4.60**

**Joel Herr**
Nonpriority Creditor's Name
**9807 Eastbrook Drive**
**Saint Louis, MO 63114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                $375.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

Case 26-20094    Doc# 1    Filed 01/26/26    Page 107 of 232

Debtor 1    **Mark D McKee**                                          Case number (if known) _____

---

**4.6 1**

**Jonathan Ryan Weiland**
Nonpriority Creditor's Name

**7 Knoll Ridge Court**
**O Fallon, MO 63368**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$625.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

**4.6 2**

**Joseph Straws**
Nonpriority Creditor's Name

**6741 Yecker Avenue**
**Kansas City, KS 66109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$19,400.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

**4.6 3**

**JPMCB - Card Services**
Nonpriority Creditor's Name

**PO Box 15369**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **xxxx**          **$19,820.00**

When was the debt incurred?    **6/5/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1 **Mark D McKee**                                    Case number (if known) _____

---

**4.6 4**

**KC Media**
Nonpriority Creditor's Name
**118 Southwest Boulevard**
**2nd Floor**
**Kansas City, MO 64108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____          **$5,400.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.6 5**

**KC Medical, Inc.**
Nonpriority Creditor's Name
**6100 Neiman Rd**
**Shawnee, KS 66203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____          **$3,140.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.6 6**

**KC Monarchs Hospitality**
Nonpriority Creditor's Name
**1800 Village West Parkway**
**Kansas City, KS 66111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____          **$94,388.21**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

| 4.6<br>7 | **Kevin Barron** | Last 4 digits of account number _____ | $250.00 |

Nonpriority Creditor's Name

**4 Belgian Court**
**Saint Peters, MO 63376**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

| 4.6<br>8 | **Kira DiPietremantonio** | Last 4 digits of account number _____ | $6,000.00 |

Nonpriority Creditor's Name

**94 Harvey Johnson Drive**
**Agawam, MA 01001**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

| 4.6<br>9 | **Kirkwood United Methodist** | Last 4 digits of account number _____ | $500.00 |

Nonpriority Creditor's Name

**201 West Adams Avenue**
**Kirkwood, MO 63122**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

Debtor 1   **Mark D McKee**                                             Case number *(if known)* _____

---

**4.7 0**

**Klance Unlimited**                                    **Last 4 digits of account number** _____        $370,515.00
Nonpriority Creditor's Name

**1375 Jefferson Street**                               **When was the debt incurred?** _____
**Pacific, MO 63069**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ■ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a  community**             ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Business Debt** _____

---

**4.7 1**

**Kolton Brown**                                        **Last 4 digits of account number** _____        $775.00
Nonpriority Creditor's Name

**527 Brookmeadow Road**                                **When was the debt incurred?** _____
**Lansing, KS 66043**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ■ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a  community**             ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Business Debt** _____

---

**4.7 2**

**KPLR 11**                                             **Last 4 digits of account number** _____        $3,180.00
Nonpriority Creditor's Name

**2960 North Meridian Street**                          **When was the debt incurred?** _____
**Debra Harris**
**Indianapolis, IN 46208**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ■ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a  community**             ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Business Debt** _____

---

Debtor 1   **Mark D McKee** _____   Case number (if known) _____

---

**4.7 3**

**KSDK**
Nonpriority Creditor's Name

**PO Box 637386**
**Cincinnati, OH 45263-7386**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$15,525.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

**4.7 4**

**KTBG-FM The Bridge**
Nonpriority Creditor's Name

**125 E. 31st Street**
**Kansas City, MO 64108**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$720.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

**4.7 5**

**Laron Gillis**
Nonpriority Creditor's Name

**2440 Brooklyn Avenue**
**Kansas City, MO 64127**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$13.03**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

Debtor 1  **Mark D McKee**                                    Case number *(if known)* _____

---

| 4.7 6 | **Lucas Boschert** | | **Last 4 digits of account number** _____ | **$300.00** |

Nonpriority Creditor's Name

**2402 Highway Y**
**O Fallon, MO 63366**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt** _____

---

| 4.7 7 | **Madeline Falley** | | **Last 4 digits of account number** _____ | **$6,400.00** |

Nonpriority Creditor's Name

**15780 Evans Road**
**Basehor, KS 66007**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt** _____

---

| 4.7 8 | **Madison Saverino** | | **Last 4 digits of account number** _____ | **$375.00** |

Nonpriority Creditor's Name

**Northwest 81st Street**
**Parkville, MO 64152**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt** _____

---

Debtor 1   **Mark D McKee**                                    Case number (if known) _____

| | | |
|---|---|---|
| **4.79** | **Matthew Myers** | Last 4 digits of account number _____   $725.00 |

**Matthew Myers**
Nonpriority Creditor's Name
**84 Duncan Hill Court**
**Wentzville, MO 63385**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

$725.00

---

**4.80**   **Maverick Media**
Nonpriority Creditor's Name
**2240 Tracy Ave**
**Kansas City, MO 64108**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $3,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

**4.81**   **MaxFun**
Nonpriority Creditor's Name
**4601 College Boulevard**
**Suite 100**
**Leawood, KS 66211**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $419,770.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

Debtor 1  **Mark D McKee**                                              Case number (if known) _____

---

**4.8 2**

**Metro Electric**
Nonpriority Creditor's Name

**1400 S 130th Street Access Rd
Bonner Springs, KS 66012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$125.49**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt** _____

---

**4.8 3**

**MJH Media Group LLC**
Nonpriority Creditor's Name

**2505 Southwest 10th Terrace
Lees Summit, MO 64081**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$166,213.96**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt** _____

---

**4.8 4**

**Montana Stephenson**
Nonpriority Creditor's Name

**260 Hammerstone Drive
Moscow Mills, MO 63362**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$600.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt** _____

---

Debtor 1  **Mark D McKee**                                    Case number (if known)

---

| 4.8 5 | **Nathan Crutchley** | Last 4 digits of account number | $200.00 |

Nonpriority Creditor's Name
**303 Romaine Spring Vw**
**Fenton, MO 63026**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.8 6 | **O'Fallon Baseball Group, LLC** | Last 4 digits of account number | $63,555.26 |

Nonpriority Creditor's Name
**900 TR Hughes Boulevard**
**O Fallon, MO 63366**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.8 7 | **Play9 Sports LLC** | Last 4 digits of account number | $36,000.00 |

Nonpriority Creditor's Name
**170 Woodlawn Rd**
**Quincy, IL 62301**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1  **Mark D McKee**

Case number (if known) _____

---

**4.8 8**

**Priority EMS & Fire Rescue**
Nonpriority Creditor's Name
**4028 Riverdell Drive**
**Wentzville, MO 63385**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

$15,750.00

---

**4.8 9**

**Ray Ray's Kettle Corn LLC**
Nonpriority Creditor's Name
**1739 Rose Crest Drive**
**Hazelwood, MO 63042**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

$7,656.98

---

**4.9 0**

**Reddi Services Inc.**
Nonpriority Creditor's Name
**4011 Bonner Industrial Drive**
**Shawnee, KS 66226**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

$9,085.00

---

Debtor 1 **Mark D McKee**

Case number (if known) _____

| 4.9 1 | **ReKinection LLC** |
|---|---|

Nonpriority Creditor's Name

**3007 West 82nd Terrace**
**Leawood, KS 66206**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____    $7,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt** _____

---

| 4.9 2 | **Rezound! Handbell Ensemble** |
|---|---|

Nonpriority Creditor's Name

**PO Box 1803**
**Blue Springs, MO 64013**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____    $2,700.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt** _____

---

| 4.9 3 | **Robert F. Kendall** |
|---|---|

Nonpriority Creditor's Name

**5306 Cherry Blossom Drive**
**O Fallon, MO 63368**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____    $1,575.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt** _____

Debtor 1 **Mark D McKee**                Case number (*if known*) _____

---

**4.9 4**

**RSH& Associates**
Nonpriority Creditor's Name
**PO Box 14515**
**Lenexa, KS 66285**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number **xxxx**                $582.00

**When was the debt incurred?**   **1/22/2023**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Account**

---

**4.9 5**

**Russell McDermott**
Nonpriority Creditor's Name
**21 Richard Scott Court**
**Wright City, MO 63390**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                $1,550.00

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

---

**4.9 6**

**Ryan Dunn**
Nonpriority Creditor's Name
**637 Springfield Drive**
**Wentzville, MO 63385**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                $1,300.00

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

---

Case 26-20094    Doc# 1    Filed 01/26/26    Page 119 of 232

Debtor 1    **Mark D McKee**

Case number (if known) _____

---

**4.9 7**

**Ryan P. Van Wave**
Nonpriority Creditor's Name

**1536 Hunters Meadow Drive**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$1,700.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

**4.9 8**

**Ryan Wade**
Nonpriority Creditor's Name

**104 E 5th Street**
**Suite 204**
**Kansas City, MO 64106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$9,183.09**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

**4.9 9**

**S C Hosack Plumbing**
Nonpriority Creditor's Name

**PO Box 1143**
**O Fallon, MO 63366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$6,375.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

Debtor 1  **Mark D McKee**

Case number (if known) _____

---

**4.100**

**Santa in the Lou, LLC**
Nonpriority Creditor's Name
**7702 Comfort Avenue**
**Maplewood, MO 63143**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

$773.75

---

**4.101**

**Santa Roy**
Nonpriority Creditor's Name
**6128 Monrovia Street**
**Shawnee, KS 66216**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

$4,400.00

---

**4.102**

**Schaeffer Electric Company Inc**
Nonpriority Creditor's Name
**4667 Green Park Road**
**Saint Louis, MO 63123**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

$69,850.64

---

Case 26-20094    Doc# 1    Filed 01/26/26    Page 121 of 232

Debtor 1    **Mark D McKee**                                                    Case number (if known) _____

---

| 4.1 03 | **Scott Michael Weeke** | **Last 4 digits of account number** _____ | **$250.00** |

Nonpriority Creditor's Name

**511 Rifle Ridge Drive**
**Wentzville, MO 63385**

**When was the debt incurred?** _____

Number City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ ■ At least one of the debtors and another

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Check if this claim is for a **community debt**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify    **Business Debt**

---

| 4.1 04 | **Security Detection of Iowa** | **Last 4 digits of account number** _____ | **$12,400.00** |

Nonpriority Creditor's Name

**2009 Northwest Kelsey Lynn Cir**
**Grimes, IA 50111**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Check if this claim is for a **community debt**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify    **Business Debt**

---

| 4.1 05 | **Seed Logic, LLC** | **Last 4 digits of account number** _____ | **$10,053.34** |

Nonpriority Creditor's Name

**1828 Walnut Street**
**Floor 3**
**Kansas City, MO 64108**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Check if this claim is for a **community debt**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify    **Business Debt**

---

Debtor 1 **Mark D McKee**　　　　　　　　　　　　　　　　Case number (if known) _____

---

**4.1
06**

**Shawn Spiker**
Nonpriority Creditor's Name
**202 Northwest Michael Drive
Grain Valley, MO 64029**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____　　　　　　**$1,500.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Business Debt** _____

---

**4.1
07**

**Single Source Printing**
Nonpriority Creditor's Name
**13915 West 107th Street
Lenexa, KS 66215**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3625**　　　　**$65,488.93**

When was the debt incurred?　**11/2024**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Business Debt** _____

---

**4.1
08**

**SnowMagic**
Nonpriority Creditor's Name
**382 Lackawanna Avenue
East Stroudsburg, PA 18301**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____　　**$590,000.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Business Debt** _____

---

Debtor 1 **Mark D McKee**                    Case number (if known) _____

---

**4.1 09**

**St. Louis KTVI**

Nonpriority Creditor's Name
**2960 North Meridian Street**
**Debra Harris**
**Indianapolis, IN 46208**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____        **$3,090.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt** _____

---

**4.1 10**

**Staffit of Kansas City, LLC**

Nonpriority Creditor's Name
**207 Westport Road**
**Suite 201**
**Kansas City, MO 64111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____        **$13,917.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt** _____

---

**4.1 11**

**Steel City Media**

Nonpriority Creditor's Name
**4045 Mill Street**
**Kansas City, MO 64111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____        **$12,350.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt** _____

---

Debtor 1  **Mark D McKee**                                    Case number (if known) _____

---

**4.1**
**12**

**Stephen J Schneider**                          **Last 4 digits of account number** _____              $900.00
Nonpriority Creditor's Name
**131 Long Shot Lane**                           **When was the debt incurred?** _____
**Old Monroe, MO 63369**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**       ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Business Debt**

---

**4.1**
**13**

**Supporting Strategies**                        **Last 4 digits of account number** _____              $46,907.69
Nonpriority Creditor's Name
**4601 College Boulevard**                       **When was the debt incurred?** _____
**Leawood, KS 66211**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**       ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Business Debt**

---

**4.1**
**14**

**Synovusbk / Greensky**                         **Last 4 digits of account number**   xxxx               $31,653.00
Nonpriority Creditor's Name
**5565 Glenridge Connector**                     **When was the debt incurred?**   9/18/2024
**Atlanta, GA 30342**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**       ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Replacement windows for residence**

---

Debtor 1  **Mark D McKee**                                              Case number (if known) _____

---

**4.1 15**

**Tallgrass Freight Co, LLC**
Nonpriority Creditor's Name
**6800 Hilltop Road**
**#202**
**Shawnee, KS 66226**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____              **$6,695.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.1 16**

**TD Innovative Solutions LLC**
Nonpriority Creditor's Name
**7 Swisher Drive**
**Suite B**
**Cartersville, GA 30120**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____              **$10,350.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.1 17**

**Teriyaki Tradesman LLC**
Nonpriority Creditor's Name
**134 Tuscany Ln**
**Wentzville, MO 63385**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____              **$840.37**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **Mark D McKee**                                   Case number (if known) _____

---

**4.1 18**

**The Best Wurst LLC**
Nonpriority Creditor's Name
**9401 Zane Drive**
**Affton, MO 63123**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$2,103.77**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

**4.1 19**

**The Hartford**
Nonpriority Creditor's Name
**PO Box 660916**
**Dallas, TX 75266-0916**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$5,116.49**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

**4.1 20**

**The Waldinger Corporation**
Nonpriority Creditor's Name
**PO Box 1612**
**Des Moines, IA 50306-1612**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$1,017.25**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

Debtor 1   **Mark D McKee**                                      Case number (if known) _____

**4.1 21**

**TLBD, Inc**
Nonpriority Creditor's Name
**12330 Cary Circle**
**La Vista, NE 68128**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____      **$5,362.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt** _____

---

**4.1 22**

**Tri-Hull Crane Rental**
Nonpriority Creditor's Name
**24838 Loring Road**
**Lawrence, KS 66044**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____      **$1,161.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt** _____

---

**4.1 23**

**Unique Pest and Lawn Solutions**
Nonpriority Creditor's Name
**1866 Summitview Drive**
**Saint Charles, MO 63303**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____      **$124,725.35**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt** _____

---

Debtor 1  **Mark D McKee**                                              Case number (if known) _____

| 4.1 24 | **Venue Smart LLC** | Last 4 digits of account number | **1456** | **$49,716.79** |

Nonpriority Creditor's Name
**11602 East 23rd Street South**
**Independence, MO 64050**
Number Street City State Zip Code

**When was the debt incurred?**  **11/2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.1 25 | **Wallace Morris Kline Surveying** | Last 4 digits of account number | | **$21,800.00** |

Nonpriority Creditor's Name
**5740 South Arville Street**
**Suite 206**
**Las Vegas, NV 89118**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.1 26 | **Wesley Lohmeyer** | Last 4 digits of account number | | **$1,575.00** |

Nonpriority Creditor's Name
**175 Roxbury Drive**
**O Fallon, MO 63366**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

Debtor 1 __Mark D McKee__     Case number (if known) _____

| 4.1 27 | **Whorlow Entertainment** | Last 4 digits of account number _____ | $34,100.00 |

Nonpriority Creditor's Name
**512 Willowdale Court**
**Nixa, MO 65714**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify __Business Debt__

---

| 4.1 28 | **Wilkerson Crane Rental, Inc.** | Last 4 digits of account number 0445 | $7,336.00 |

Nonpriority Creditor's Name
**9131 Noland**
**Lenexa, KS 66215**
Number Street City State Zip Code

**When was the debt incurred?** __11/2024__

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify __Business Debt__

---

| 4.1 29 | **Worldwide Beverage Group Inc** | Last 4 digits of account number _____ | $18,030.00 |

Nonpriority Creditor's Name
**17501 West 98th Street**
**#17-62**
**Lenexa, KS 66219**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify __Business Debt__

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Benjamin A. Reed**<br>**Seigfried Bingham, PC**<br>**2323 Grand Boulevard, Ste 1000**<br>**Kansas City, MO 64108** | Line **4.124** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Harris Law Office, LLC**<br>**Thomas W. Harris**<br>**4900 Johnson Drive**<br>**Mission, KS 66205** | Line **4.107** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Attorney**<br>**500 State Ave 360**<br>**Kansas City, KS 66101** | Line **2.99** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wilkerson Crane Rental**<br>**Attn: Dan Novascone**<br>**14101 Gibbs Road**<br>**Bonner Springs, KS 66012** | Line **4.128** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 6,080.09 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 142,275.99 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 148,356.08 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 5,295,924.56 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 5,295,924.56 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark D McKee** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number    Street <br><br> City      State      ZIP Code | |
| **2.2** <br> Name <br><br> Number    Street <br><br> City      State      ZIP Code | |
| **2.3** <br> Name <br><br> Number    Street <br><br> City      State      ZIP Code | |
| **2.4** <br> Name <br><br> Number    Street <br><br> City      State      ZIP Code | |
| **2.5** <br> Name <br><br> Number    Street <br><br> City      State      ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark D McKee** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.108**__<br>☐ Schedule G _____<br>**SnowMagic** |
| 3.2 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.81**__<br>☐ Schedule G _____<br>**MaxFun** |
| 3.3 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.70**__<br>☐ Schedule G _____<br>**Klance Unlimited** |

Case 26-20094    Doc# 1    Filed 01/26/26    Page 133 of 232

Debtor 1    **Mark D McKee**                                    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4 **Epic Holiday LLC**<br>4601 College Blvd, 200<br>Leawood, KS 66211 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**EIS Group** |
| 3.5 **Epic Holiday LLC**<br>4601 College Blvd, 200<br>Leawood, KS 66211 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**CES Power** |
| 3.6 **Epic Holiday LLC**<br>4601 College Blvd, 200<br>Leawood, KS 66211 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>**MJH Media Group LLC** |
| 3.7 **Epic Holiday LLC**<br>4601 College Blvd, 200<br>Leawood, KS 66211 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.123__<br>☐ Schedule G _____<br>**Unique Pest and Lawn Solutions** |
| 3.8 **Epic Holiday LLC**<br>4601 College Blvd, 200<br>Leawood, KS 66211 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Eventworks** |
| 3.9 **Epic Holiday LLC**<br>4601 College Blvd, 200<br>Leawood, KS 66211 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>**KC Monarchs Hospitality** |
| 3.10 **Epic Holiday LLC**<br>4601 College Blvd, 200<br>Leawood, KS 66211 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Brock Holdings III, Inc.** |
| 3.11 **Epic Holiday LLC**<br>4601 College Blvd, 200<br>Leawood, KS 66211 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.102__<br>☐ Schedule G _____<br>**Schaeffer Electric Company Inc** |

---

Debtor 1  **Mark D McKee**                                         Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Holiday FX Lighting Experts** |
| 3.13 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.107__<br>☐ Schedule G _____<br>**Single Source Printing** |
| 3.14 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**O'Fallon Baseball Group, LLC** |
| 3.15 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>**Venue Smart LLC** |
| 3.16 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.113__<br>☐ Schedule G _____<br>**Supporting Strategies** |
| 3.17 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Berg Holdings, LLC** |
| 3.18 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Contemporary Services Corp.** |
| 3.19 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.87__<br>☐ Schedule G _____<br>**Play9 Sports LLC** |

Debtor 1 __Mark D McKee__     Case number *(if known)* _____

| | |
|---|---|
| ▉ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Brian Shalton** |
| 3.21 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.127__<br>☐ Schedule G _____<br>**Whorlow Entertainment** |
| 3.22 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.125__<br>☐ Schedule G _____<br>**Wallace Morris Kline Surveying** |
| 3.23 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**Forklift America LLC** |
| 3.24 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**Joseph Straws** |
| 3.25 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.129__<br>☐ Schedule G _____<br>**Worldwide Beverage Group Inc** |
| 3.26 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**Everywhere An Entertainer! LLC** |
| 3.27 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>**Priority EMS & Fire Rescue** |

Debtor 1  **Mark D McKee**

Case number *(if known)* _____

_____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.28 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.73__<br>☐ Schedule G _____<br>**KSDK** |
| 3.29 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Clean Sheet Consulting** |
| 3.30 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.110__<br>☐ Schedule G _____<br>**StaffIt of Kansas City, LLC** |
| 3.31 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Circus Kaput** |
| 3.32 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.104__<br>☐ Schedule G _____<br>**Security Detection of Iowa** |
| 3.33 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.111__<br>☐ Schedule G _____<br>**Steel City Media** |
| 3.34 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**BCP Tech** |
| 3.35 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.116__<br>☐ Schedule G _____<br>**TD Innovative Solutions LLC** |

Debtor 1   **Mark D McKee**                                           Case number *(if known)* _____

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.36   **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.105___
☐ Schedule G _____
**Seed Logic, LLC**

3.37   **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.49___
☐ Schedule G _____
**Gateway Propane**

3.38   **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.98___
☐ Schedule G _____
**Ryan Wade**

3.39   **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.90___
☐ Schedule G _____
**Reddi Services Inc.**

3.40   **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
**Cornerstone Consulting**

3.41   **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.35___
☐ Schedule G _____
**David E Edwards**

3.42   **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.50___
☐ Schedule G _____
**Green Acres Lawn and Landscape**

3.43   **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.31___
☐ Schedule G _____
**Cumulus Media Inc**

Debtor 1  **Mark D McKee**                                      Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Andrew Alexander Madden** |
| 3.45  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.89__<br>☐ Schedule G _____<br>**Ray Ray's Kettle Corn LLC** |
| 3.46  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**A Touch of Class Catering** |
| 3.47  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>**ReKinection LLC** |
| 3.48  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.128__<br>☐ Schedule G _____<br>**Wilkerson Crane Rental, Inc.** |
| 3.49  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**Family Media Group Inc** |
| 3.50  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Caroling Saint Louis** |
| 3.51  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.115__<br>☐ Schedule G _____<br>**Tallgrass Freight Co, LLC** |

Debtor 1    **Mark D McKee**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.52 **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.77__
☐ Schedule G _____
**Madeline Falley**

---

3.53 **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.99__
☐ Schedule G _____
**S C Hosack Plumbing**

---

3.54 **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Best Garda World**

---

3.55 **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.68__
☐ Schedule G _____
**Kira DiPietremantonio**

---

3.56 **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.64__
☐ Schedule G _____
**KC Media**

---

3.57 **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.121__
☐ Schedule G _____
**TLBD, Inc**

---

3.58 **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.119__
☐ Schedule G _____
**The Hartford**

---

3.59 **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.58__
☐ Schedule G _____
**Jan-Pro of Saint Louis**

---

| Debtor 1 | **Mark D McKee** | Case number *(if known)* | |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.60  **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.101__
☐ Schedule G _____
**Santa Roy**

3.61  **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.46__
☐ Schedule G _____
**Ferrell Gas**

3.62  **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.37__
☐ Schedule G _____
**Davis Supply Inc.**

3.63  **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.18__
☐ Schedule G _____
**Budrovich**

3.64  **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.80__
☐ Schedule G _____
**Maverick Media**

3.65  **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.55__
☐ Schedule G _____
**In The Lead Marketing**

3.66  **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.72__
☐ Schedule G _____
**KPLR 11**

3.67  **Epic Holiday LLC**
        **4601 College Blvd, 200**
        **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.65__
☐ Schedule G _____
**KC Medical, Inc.**

Debtor 1 **Mark D McKee**                                    Case number *(if known)* _____

▮    **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.109**__<br>☐ Schedule G _____<br>**St. Louis KTVI** |
| 3.69 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.36**__<br>☐ Schedule G _____<br>**David McNeil Stroud** |
| 3.70 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**Donald Valmont Drouin, Jr.** |
| 3.71 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.92**__<br>☐ Schedule G _____<br>**Rezound! Handbell Ensemble** |
| 3.72 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.52**__<br>☐ Schedule G _____<br>**High Country Inspections LLC** |
| 3.73 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.34**__<br>☐ Schedule G _____<br>**Daniel David Shearer** |
| 3.74 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.118**__<br>☐ Schedule G _____<br>**The Best Wurst LLC** |
| 3.75 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.23**__<br>☐ Schedule G _____<br>**Chestnut Fine Arts Center** |

Debtor 1    **Mark D McKee** _____    Case number *(if known)* _____

▮▮▮▮   **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.76    **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.16**
☐ Schedule G  _____
**Brittney Donovan**

3.77    **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.9**
☐ Schedule G  _____
**BeenzM Creative**

3.78    **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.97**
☐ Schedule G  _____
**Ryan P. Van Wave**

3.79    **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.5**
☐ Schedule G  _____
**American Trailer & STO**

3.80    **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.93**
☐ Schedule G  _____
**Robert F. Kendall**

3.81    **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.126**
☐ Schedule G  _____
**Wesley Lohmeyer**

3.82    **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.95**
☐ Schedule G  _____
**Russell McDermott**

3.83    **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.56**
☐ Schedule G  _____
**Jahi Eskridge**

Debtor 1  **Mark D McKee**                                        Case number *(if known)* _____

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.84  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.106__
☐ Schedule G _____
**Shawn Spiker**

---

3.85  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.13__
☐ Schedule G _____
**Bliss Events LLC**

---

3.86  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.32__
☐ Schedule G _____
**Dagan LLC**

---

3.87  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.51__
☐ Schedule G _____
**Herc Rentals**

---

3.88  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.39__
☐ Schedule G _____
**Drake Nelsen**

---

3.89  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.96__
☐ Schedule G _____
**Ryan Dunn**

---

3.90  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.48__
☐ Schedule G _____
**Freddie G Allenbrand**

---

3.91  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**Arctic Glacier U.S.A. Inc.**

---

Debtor 1  **Mark D McKee**                                    Case number *(if known)* _____

███████  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.92  **Epic Holiday LLC**
      **4601 College Blvd, 200**
      **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.122**__
☐ Schedule G _____
**Tri-Hull Crane Rental**

3.93  **Epic Holiday LLC**
      **4601 College Blvd, 200**
      **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.42**__
☐ Schedule G _____
**Erin Wood**

3.94  **Epic Holiday LLC**
      **4601 College Blvd, 200**
      **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.4**__
☐ Schedule G _____
**Amari Simone**

3.95  **Epic Holiday LLC**
      **4601 College Blvd, 200**
      **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.120**__
☐ Schedule G _____
**The Waldinger Corporation**

3.96  **Epic Holiday LLC**
      **4601 College Blvd, 200**
      **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.3**__
☐ Schedule G _____
**Allen Lee Holston**

3.97  **Epic Holiday LLC**
      **4601 College Blvd, 200**
      **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.112**__
☐ Schedule G _____
**Stephen J Schneider**

3.98  **Epic Holiday LLC**
      **4601 College Blvd, 200**
      **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.117**__
☐ Schedule G _____
**Teriyaki Tradesman LLC**

3.99  **Epic Holiday LLC**
      **4601 College Blvd, 200**
      **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.71**__
☐ Schedule G _____
**Kolton Brown**

Debtor 1 **Mark D McKee**                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.10 0  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.100__
☐ Schedule G _____
**Santa in the Lou, LLC**

---

3.10 1  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.79__
☐ Schedule G _____
**Matthew Myers**

---

3.10 2  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.74__
☐ Schedule G _____
**KTBG-FM The Bridge**

---

3.10 3  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.61__
☐ Schedule G _____
**Jonathan Ryan Weiland**

---

3.10 4  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.14__
☐ Schedule G _____
**Brandon Michael Gubricky**

---

3.10 5  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.19__
☐ Schedule G _____
**Cally Beckman**

---

3.10 6  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**Holly Garza**

---

3.10 7  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __4.57__
☐ Schedule G _____
**Jamie Graves**

---

Debtor 1 **Mark D McKee**                                    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.108 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>**Montana Stephenson** |
| 3.109 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**Christian Reed** |
| 3.110 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**Elsa Wagnon** |
| 3.111 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>**Kirkwood United Methodist** |
| 3.112 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Concourse Foods LLC** |
| 3.113 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Clayton DeLong** |
| 3.114 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**Madison Saverino** |
| 3.115 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>**Joel Herr** |

Debtor 1  **Mark D McKee**                                    Case number *(if known)* _____

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.11
6  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.33__
☐ Schedule G _____
**Dalton Koch**

---

3.11
7  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.76__
☐ Schedule G _____
**Lucas Boschert**

---

3.11
8  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.67__
☐ Schedule G _____
**Kevin Barron**

---

3.11
9  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.103__
☐ Schedule G _____
**Scott Michael Weeke**

---

3.12
0  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.85__
☐ Schedule G _____
**Nathan Crutchley**

---

3.12
1  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.82__
☐ Schedule G _____
**Metro Electric**

---

3.12
2  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.75__
☐ Schedule G _____
**Laron Gillis**

---

3.12
3  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
▮ Schedule E/F, line __2.12__
☐ Schedule G _____
**Angelo Abbott**

---

Debtor 1  **Mark D McKee**                                    Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.124 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**<br><br>**Ariana Alterman** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.16___<br>☐ Schedule G _____ |
| 3.125 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**<br><br>**Madeline Arledge** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.147___<br>☐ Schedule G _____ |
| 3.126 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**<br><br>**Mikala Ball** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.159___<br>☐ Schedule G _____ |
| 3.127 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**<br><br>**Natalie Barnes** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.162___<br>☐ Schedule G _____ |
| 3.128 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**<br><br>**Nolan Bartels** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.167___<br>☐ Schedule G _____ |
| 3.129 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**<br><br>**Danielly Batista** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.61___<br>☐ Schedule G _____ |
| 3.130 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**<br><br>**Dante Benson** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.63___<br>☐ Schedule G _____ |
| 3.131 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**<br><br>**Nishant Bhakta** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.164___<br>☐ Schedule G _____ |

Debtor 1  **Mark D McKee**                                    Case number *(if known)* _____

---

▆▆▆  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.13
2
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.102__
☐ Schedule G _____
**Jaden Billups**

---

3.13
3
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.188__
☐ Schedule G _____
**Sharon Bolterman**

---

3.13
4
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.33__
☐ Schedule G _____
**Caitlyn Boyle**

---

3.13
5
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.24__
☐ Schedule G _____
**Blane Branscum**

---

3.13
6
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.31__
☐ Schedule G _____
**Brynnley Branscum**

---

3.13
7
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.38__
☐ Schedule G _____
**Cameron Burris**

---

3.13
8
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.105__
☐ Schedule G _____
**Janae Bursey**

---

3.13
9
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.81__
☐ Schedule G _____
**Evelyn Butler**

---

Debtor 1  **Mark D McKee**                                   Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.14 0   **Epic Holiday LLC**
         **4601 College Blvd, 200**
         **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.69__
☐ Schedule G _____
**Diana Calzada**

---

3.14 1   **Epic Holiday LLC**
         **4601 College Blvd, 200**
         **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.148__
☐ Schedule G _____
**Madelyn Carrell**

---

3.14 2   **Epic Holiday LLC**
         **4601 College Blvd, 200**
         **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.107__
☐ Schedule G _____
**Jasmine Chandler**

---

3.14 3   **Epic Holiday LLC**
         **4601 College Blvd, 200**
         **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.195__
☐ Schedule G _____
**Tehreem Chaudhry**

---

3.14 4   **Epic Holiday LLC**
         **4601 College Blvd, 200**
         **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.189__
☐ Schedule G _____
**Shawnee Codianne**

---

3.14 5   **Epic Holiday LLC**
         **4601 College Blvd, 200**
         **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.94__
☐ Schedule G _____
**Henry Coulson**

---

3.14 6   **Epic Holiday LLC**
         **4601 College Blvd, 200**
         **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.92__
☐ Schedule G _____
**Haverly Cox**

---

3.14 7   **Epic Holiday LLC**
         **4601 College Blvd, 200**
         **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.22__
☐ Schedule G _____
**Ava Crabtree**

---

Debtor 1  **Mark D McKee**                                      Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.148  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.197__
☐ Schedule G _____
**Thomas Craft**

---

3.149  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.84__
☐ Schedule G _____
**Gannon Crangle**

---

3.150  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.98__
☐ Schedule G _____
**Imma Curl**

---

3.151  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.20__
☐ Schedule G _____
**Audrey Davis**

---

3.152  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.125__
☐ Schedule G _____
**Karlo Dennie**

---

3.153  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.205__
☐ Schedule G _____
**William Dery**

---

3.154  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.27__
☐ Schedule G _____
**Breauna Deslo**

---

3.155  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.1__
☐ Schedule G _____
**Aiden Diaz**

---

Debtor 1  **Mark D McKee**                                    Case number *(if known)* _____

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.15 6 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.131__<br>☐ Schedule G _____<br>**Kiana Diaz** |

3.15 6   **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.131__
☐ Schedule G _____
**Kiana Diaz**

---

3.15 7   **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.82__
☐ Schedule G _____
**Gabriella Diebold**

---

3.15 8   **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.177__
☐ Schedule G _____
**Rebekah Dietrich**

---

3.15 9   **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.120__
☐ Schedule G _____
**Kaden Dinges**

---

3.16 0   **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.109__
☐ Schedule G _____
**Jessica Dodd**

---

3.16 1   **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.10__
☐ Schedule G _____
**Anastasia Douglas**

---

3.16 2   **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.90__
☐ Schedule G _____
**Hailey Dunavant**

---

3.16 3   **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.76__
☐ Schedule G _____
**Elijah Edminster**

---

Debtor 1 **Mark D McKee**                    Case number *(if known)* _____

▮▮▮▮    **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>4 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.64__<br>☐ Schedule G _____<br>**Daphany Edwards** |
| 3.16<br>5 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.173__<br>☐ Schedule G _____<br>**Patrick Erekson** |
| 3.16<br>6 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.137__<br>☐ Schedule G _____<br>**Landon Ferber** |
| 3.16<br>7 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.112__<br>☐ Schedule G _____<br>**Joanna Ferbrache** |
| 3.16<br>8 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.54__<br>☐ Schedule G _____<br>**Collin Fernau** |
| 3.16<br>9 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.178__<br>☐ Schedule G _____<br>**Rilee Fevurly** |
| 3.17<br>0 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.58__<br>☐ Schedule G _____<br>**Craig Fitzgerald** |
| 3.17<br>1 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.138__<br>☐ Schedule G _____<br>**Landon Flaherty** |

Debtor 1  **Mark D McKee**                                   Case number *(if known)* _____

---

| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.17 2    **Epic Holiday LLC**
          **4601 College Blvd, 200**
          **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.35__
☐ Schedule G _____
**Caleb Fletcher**

---

3.17 3    **Epic Holiday LLC**
          **4601 College Blvd, 200**
          **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.146__
☐ Schedule G _____
**Luzmarie Floyd**

---

3.17 4    **Epic Holiday LLC**
          **4601 College Blvd, 200**
          **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.163__
☐ Schedule G _____
**Nicholas Forrest**

---

3.17 5    **Epic Holiday LLC**
          **4601 College Blvd, 200**
          **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.140__
☐ Schedule G _____
**Lauren Frazier**

---

3.17 6    **Epic Holiday LLC**
          **4601 College Blvd, 200**
          **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.26__
☐ Schedule G _____
**Brady French**

---

3.17 7    **Epic Holiday LLC**
          **4601 College Blvd, 200**
          **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.19__
☐ Schedule G _____
**Ashton Frisbie**

---

3.17 8    **Epic Holiday LLC**
          **4601 College Blvd, 200**
          **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.48__
☐ Schedule G _____
**Christine Fullington**

---

3.17 9    **Epic Holiday LLC**
          **4601 College Blvd, 200**
          **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.135__
☐ Schedule G _____
**Kristin Gengier**

---

Debtor 1   **Mark D McKee**                                    Case number *(if known)* _____

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.180 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.39__<br>☐ Schedule G _____<br>**Caroline Geringer** |
| 3.181 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.72__<br>☐ Schedule G _____<br>**Dominic Gill** |
| 3.182 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.139__<br>☐ Schedule G _____<br>**Laron Gillis** |
| 3.183 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.52__<br>☐ Schedule G _____<br>**Clayton Givens** |
| 3.184 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.91__<br>☐ Schedule G _____<br>**Hanah Glimpse** |
| 3.185 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.141__<br>☐ Schedule G _____<br>**Lauren Gluck** |
| 3.186 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.142__<br>☐ Schedule G _____<br>**Lillian Goforth** |
| 3.187 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.36__<br>☐ Schedule G _____<br>**Calvin Gray** |

Debtor 1  **Mark D McKee**                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.18<br>8 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.85__<br>☐ Schedule G _____<br>**Georgia Gray** |
| 3.18<br>9 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.200__<br>☐ Schedule G _____<br>**Trisha Grinstead** |
| 3.19<br>0 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.186__<br>☐ Schedule G _____<br>**Scarlett Grinstead-Shroyer** |
| 3.19<br>1 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.113__<br>☐ Schedule G _____<br>**Jonah Hamai** |
| 3.19<br>2 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.50__<br>☐ Schedule G _____<br>**Christopher Hansen** |
| 3.19<br>3 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.187__<br>☐ Schedule G _____<br>**Shaley Harper** |
| 3.19<br>4 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.32__<br>☐ Schedule G _____<br>**Caitlin Harrington** |
| 3.19<br>5 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.128__<br>☐ Schedule G _____<br>**Kenna Harrington** |

Debtor 1    **Mark D McKee**                                    Case number *(if known)* _____

■  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.196  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.117__<br>☐ Schedule G _____<br>**Justin Harris** |
| 3.197  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.183__<br>☐ Schedule G _____<br>**Sam Hart** |
| 3.198  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.201__<br>☐ Schedule G _____<br>**Tyler Hawks** |
| 3.199  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.25__<br>☐ Schedule G _____<br>**Brad Hayes** |
| 3.200  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.124__<br>☐ Schedule G _____<br>**Karis Hearne** |
| 3.201  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.119__<br>☐ Schedule G _____<br>**Justin Heienickle** |
| 3.202  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.51__<br>☐ Schedule G _____<br>**Clara Heiken** |
| 3.203  **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.18__<br>☐ Schedule G _____<br>**Ashlynn Henke** |

Debtor 1    **Mark D McKee**                                    Case number *(if known)* _____

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.20 4 | **Epic Holiday LLC** **4601 College Blvd, 200** **Leawood, KS 66211** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.174__ ☐ Schedule G _____ **Peyton Hennager** |
| 3.20 5 | **Epic Holiday LLC** **4601 College Blvd, 200** **Leawood, KS 66211** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.46__ ☐ Schedule G _____ **Chase Henson** |
| 3.20 6 | **Epic Holiday LLC** **4601 College Blvd, 200** **Leawood, KS 66211** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.103__ ☐ Schedule G _____ **Jaeden Hernandez** |
| 3.20 7 | **Epic Holiday LLC** **4601 College Blvd, 200** **Leawood, KS 66211** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.203__ ☐ Schedule G _____ **Viany Hernandez** |
| 3.20 8 | **Epic Holiday LLC** **4601 College Blvd, 200** **Leawood, KS 66211** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.169__ ☐ Schedule G _____ **Normando Herrera Garcia** |
| 3.20 9 | **Epic Holiday LLC** **4601 College Blvd, 200** **Leawood, KS 66211** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.14__ ☐ Schedule G _____ **Annie Hicks** |
| 3.21 0 | **Epic Holiday LLC** **4601 College Blvd, 200** **Leawood, KS 66211** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.49__ ☐ Schedule G _____ **Christine Hicks** |
| 3.21 1 | **Epic Holiday LLC** **4601 College Blvd, 200** **Leawood, KS 66211** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.204__ ☐ Schedule G _____ **Victoria Hilger** |

Debtor 1 **Mark D McKee**          Case number *(if known)* _____

| | | |
|---|---|---|

**■** **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.21<br>2 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.41__<br>☐ Schedule G _____<br>**Carter Hollingsworth**

3.21<br>3 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.136__<br>☐ Schedule G _____<br>**Landin Hoyle**

3.21<br>4 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.87__<br>☐ Schedule G _____<br>**Germarius Hunt**

3.21<br>5 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.184__<br>☐ Schedule G _____<br>**Sandy Jerome**

3.21<br>6 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.80__<br>☐ Schedule G _____<br>**Epiphany Johnican**

3.21<br>7 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.110__<br>☐ Schedule G _____<br>**Jill Johnson**

3.21<br>8 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.175__<br>☐ Schedule G _____<br>**Peyton Jones**

3.21<br>9 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.11__<br>☐ Schedule G _____<br>**Andrew Jordan**

| Debtor 1 | **Mark D McKee** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.220 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.127__<br>☐ Schedule G _____<br>**Keith Keeton** |
| 3.221 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.83__<br>☐ Schedule G _____<br>**Gabrielle Keithley** |
| 3.222 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.74__<br>☐ Schedule G _____<br>**Edward Kemp** |
| 3.223 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.100__<br>☐ Schedule G _____<br>**Isabella Kemp** |
| 3.224 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.151__<br>☐ Schedule G _____<br>**Maria Kennedy** |
| 3.225 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.190__<br>☐ Schedule G _____<br>**Shelby King** |
| 3.226 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.3__<br>☐ Schedule G _____<br>**Aliyah Klaus** |
| 3.227 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.180__<br>☐ Schedule G _____<br>**Ryan Kliethermes** |

Debtor 1  **Mark D McKee**                                    Case number *(if known)* _____

▮▮▮▮  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.22 8 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.30__<br>☐ Schedule G _____<br>**Bryce Kollack** |
| 3.22 9 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.181__<br>☐ Schedule G _____<br>**Ryann Kruse** |
| 3.23 0 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.129__<br>☐ Schedule G _____<br>**Kevin Lanier Jr.** |
| 3.23 1 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.182__<br>☐ Schedule G _____<br>**Rylie Lansford** |
| 3.23 2 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.15__<br>☐ Schedule G _____<br>**Anthony Larocco** |
| 3.23 3 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.176__<br>☐ Schedule G _____<br>**Rebecca Laureano** |
| 3.23 4 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.8__<br>☐ Schedule G _____<br>**Amelia Lener** |
| 3.23 5 **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.88__<br>☐ Schedule G _____<br>**Gianna Leonelli** |

Debtor 1 **Mark D McKee**                                        Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.23 6
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.2__
☐ Schedule G _____
**Alex Liggett**

---

3.23 7
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.208__
☐ Schedule G _____
**Zach Liggett**

---

3.23 8
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.79__
☐ Schedule G _____
**Emma Livesay**

---

3.23 9
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.93__
☐ Schedule G _____
**Heidi Loubser**

---

3.24 0
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.66__
☐ Schedule G _____
**Denise Maldonado Batista**

---

3.24 1
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.126__
☐ Schedule G _____
**Kathryn Marshall**

---

3.24 2
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.170__
☐ Schedule G _____
**Olivia Martin**

---

3.24 3
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.70__
☐ Schedule G _____
**Diana Martinez**

---

Debtor 1  **Mark D McKee**                                      Case number *(if known)* _____

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.244 | **Epic Holiday LLC**<br>4601 College Blvd, 200<br>Leawood, KS 66211 |
| 3.245 | **Epic Holiday LLC**<br>4601 College Blvd, 200<br>Leawood, KS 66211 |

3.24
4    **Epic Holiday LLC**
     **4601 College Blvd, 200**
     **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.111__
☐ Schedule G _____
**Jill Marx**

3.24
5    **Epic Holiday LLC**
     **4601 College Blvd, 200**
     **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.59__
☐ Schedule G _____
**Daniel McClellan**

3.24
6    **Epic Holiday LLC**
     **4601 College Blvd, 200**
     **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.60__
☐ Schedule G _____
**Danielle McGee**

3.24
7    **Epic Holiday LLC**
     **4601 College Blvd, 200**
     **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.132__
☐ Schedule G _____
**Kimberly McGuire**

3.24
8    **Epic Holiday LLC**
     **4601 College Blvd, 200**
     **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.179__
☐ Schedule G _____
**Ruby Melendez**

3.24
9    **Epic Holiday LLC**
     **4601 College Blvd, 200**
     **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.202__
☐ Schedule G _____
**Tyler Metz**

3.25
0    **Epic Holiday LLC**
     **4601 College Blvd, 200**
     **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.17__
☐ Schedule G _____
**Asher Mikesic**

3.25
1    **Epic Holiday LLC**
     **4601 College Blvd, 200**
     **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.165__
☐ Schedule G _____
**Noah Mills**

Debtor 1 **Mark D McKee**                                    Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.25
2
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.67__
☐ Schedule G _____
**Denise Mitchell**

---

3.25
3
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.75__
☐ Schedule G _____
**Edward Mize**

---

3.25
4
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.206__
☐ Schedule G _____
**William Molstad**

---

3.25
5
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.44__
☐ Schedule G _____
**Catherine Moore**

---

3.25
6
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.4__
☐ Schedule G _____
**Allianna Morales**

---

3.25
7
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.43__
☐ Schedule G _____
**Cash Morehead**

---

3.25
8
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.77__
☐ Schedule G _____
**Elizabeth Nash**

---

3.25
9
**Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line __2.47__
☐ Schedule G _____
**Christian Nelson**

---

Debtor 1 **Mark D McKee**                                    Case number *(if known)* _____

▮          **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.26 0     **Epic Holiday LLC**
            **4601 College Blvd, 200**
            **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.192___
☐ Schedule G _____
**Sydney Nelson**

---

3.26 1     **Epic Holiday LLC**
            **4601 College Blvd, 200**
            **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.157___
☐ Schedule G _____
**McKenzie Norris**

---

3.26 2     **Epic Holiday LLC**
            **4601 College Blvd, 200**
            **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.96___
☐ Schedule G _____
**Ian O'Brien**

---

3.26 3     **Epic Holiday LLC**
            **4601 College Blvd, 200**
            **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.68___
☐ Schedule G _____
**Devon O'Rando**

---

3.26 4     **Epic Holiday LLC**
            **4601 College Blvd, 200**
            **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.171___
☐ Schedule G _____
**Olivia Orr**

---

3.26 5     **Epic Holiday LLC**
            **4601 College Blvd, 200**
            **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.95___
☐ Schedule G _____
**Hunter Page**

---

3.26 6     **Epic Holiday LLC**
            **4601 College Blvd, 200**
            **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.199___
☐ Schedule G _____
**Trey Parker**

---

3.26 7     **Epic Holiday LLC**
            **4601 College Blvd, 200**
            **Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.116___
☐ Schedule G _____
**Joshua Patterson**

---

Debtor 1  **Mark D McKee**                                          Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.26 8  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.133___
☐ Schedule G _____
**Kimberly Patton**

3.26 9  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.144___
☐ Schedule G _____
**Lucas Peich**

3.27 0  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.97___
☐ Schedule G _____
**Ignacio Pelico**

3.27 1  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.89___
☐ Schedule G _____
**Grace Philpot**

3.27 2  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.166___
☐ Schedule G _____
**Noah Philpot**

3.27 3  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.134___
☐ Schedule G _____
**Kobe Polk**

3.27 4  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.56___
☐ Schedule G _____
**Connor Polsak**

3.27 5  **Epic Holiday LLC**
**4601 College Blvd, 200**
**Leawood, KS 66211**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.106___
☐ Schedule G _____
**Jane Portell**

Debtor 1   **Mark D McKee**                                            Case number *(if known)* _____

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.27 6 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.143___<br>☐ Schedule G _____<br>**Lily Porter** |
| 3.27 7 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.158___<br>☐ Schedule G _____<br>**Mia Rebstock** |
| 3.27 8 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.152___<br>☐ Schedule G _____<br>**Mason Redding** |
| 3.27 9 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.9___<br>☐ Schedule G _____<br>**Amelia Reeves** |
| 3.28 0 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.101___<br>☐ Schedule G _____<br>**Jack Reeves** |
| 3.28 1 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.29___<br>☐ Schedule G _____<br>**Brooke Riley** |
| 3.28 2 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.73___<br>☐ Schedule G _____<br>**Drew Riley** |
| 3.28 3 | **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.13___<br>☐ Schedule G _____<br>**Anna Rimar** |

Debtor 1    **Mark D McKee**                                   Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.28<br>4    **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.210**___<br>☐ Schedule G _____<br>**Zachary Robertson**

---

3.28<br>5    **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.121**___<br>☐ Schedule G _____<br>**KANSAS Department of Labor**

---

3.28<br>6    **Epic Holiday LLC**<br>**4601 College Blvd, 200**<br>**Leawood, KS 66211**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.123**___<br>☐ Schedule G _____<br>**Kansas Department of Revenue**

---

3.28<br>7    **Epic Holiday LLC dba Jingle**<br>**4601 College Blvd**<br>**Suite 200**<br>**Leawood, KS 66211**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.11**___<br>☐ Schedule G _____<br>**Berg Holdings, LLC**

---

3.28<br>8    **Julia McKee**<br>**2324 W. 127th Street**<br>**Leawood, KS 66209**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.114**___<br>☐ Schedule G _____<br>**Synovusbk / Greensky**

---

3.28<br>9    **Julia McKee**<br>**2324 W. 127th Street**<br>**Leawood, KS 66209**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.99**___<br>☐ Schedule G _____<br>**Internal Revenue Service**

---

3.29<br>0    **Julia McKee**<br>**2324 W. 127th Street**<br>**Leawood, KS 66209**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.122**___<br>☐ Schedule G _____<br>**Kansas Department of Revenue**

---

3.29<br>1    **Julia McKee**<br>**2324 W. 127th Street**<br>**Leawood, KS 66209**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.161**___<br>☐ Schedule G _____<br>**Missouri Department of Revenue**

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Mark D McKee** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | **Consultant** | |
| | **Employer's name** | **Happy Landings. LLC** | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **2047 SW Topeka Blvd Topeka, KS 66612** | |
| | **How long employed there?** | **3 weeks** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1   **Mark D McKee**

Case number (*if known*)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h.+ **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 6,500.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h.+ **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 6,500.00 | $ N/A

10. **Calculate monthly income.** Add line 7 + line 9. | 10. | $ 6,500.00 + | $ N/A | = | $ 6,500.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: | 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 6,500.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: **Debtor has a 3 month consulting job as a 1099 independent contractor that requires him to work out of state. It will last through April 2026, and that work may continue at a lower rate after that or cease altogether. For Schedule I, Debtor assumes that he will be able to find consulting work on a regular basis after this job at the amount listed in Schedule I, but it is not guaranteed.**

Fill in this information to identify your case:

Debtor 1          **Mark D McKee**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     DISTRICT OF KANSAS

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
   13 expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ■ No

   Do not list Debtor 1 and      ☐ Yes.   Fill out this information for
   Debtor 2.                               each dependent..............

   Do not state the
   dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include**      ■ No
    **expenses of people other than**  ☐ Yes
    **yourself and your dependents?**

| Part 2: | Estimate Your Ongoing Monthly Expenses |

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  |  | **Your expenses** |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ **2,100.00**

   **If not included in line 4:**

   4a.   Real estate taxes                                          4a. $ **0.00**
   4b.   Property, homeowner's, or renter's insurance               4b. $ **0.00**
   4c.   Home maintenance, repair, and upkeep expenses              4c. $ **0.00**
   4d.   Homeowner's association or condominium dues                4d. $ **0.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans     5. $ **0.00**

Debtor 1   **Mark D McKee**       Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 245.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 750.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 200.00 |
| 10. | **Personal care products and services** | | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 84.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 120.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 700.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    **Estimated self employment tax payments** | | 21. +$ | 1,300.00 |
| | **Business Travel** | | +$ | 500.00 |

22. **Calculate your monthly expenses**

    22a. Add lines 4 through 21.           $    **6,499.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    $

    22c. Add line 22a and 22b. The result is your monthly expenses.      $    **6,499.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 *(your combined monthly income)* from Schedule I.    23a. $    **6,500.00**

    23b. Copy your monthly expenses from line 22c above.    23b. -$    **6,499.00**

    23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*    23c. $    **1.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

  ■ No.

  ☐ Yes.

> Explain here: **Debtor will be working as a 1099 independent contractor, therefore will not have taxes withheld and will need to pay estimated tax payments, shown on Schedule J. He expects to reside out of town beginning in February 2026 for an extended period during this consulting project and future consulting projects, therefore his expenses will be based on living arrangment (extended stay housing, a rental car and higher than normal food expense) rather than the costs of his current residence.**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Mark D McKee** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $          320,800.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | $          8,150.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B....................................................... | $          328,950.00 |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $          0.00 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $          148,356.08 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          5,295,924.56 |
| **Your total liabilities** | $          5,444,280.64 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $          6,500.00 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $          6,499.00 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☐ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Mark D McKee** _____    Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

**Fill in this information to identify your case:**

Debtor 1    **Mark D McKee**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the:　DISTRICT OF KANSAS

Case number
(if known)　_____

☐ Check if this is an
　amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____　*Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Mark D McKee**　　　　　　　　　　X _____
　**Mark D McKee**　　　　　　　　　　　　　Signature of Debtor 2
　Signature of Debtor 1

　Date　**January 26, 2026**　　　　　　　　Date _____

Official Form 106Dec　　　　　　**Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mark D McKee** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$7,500.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1 __Mark D McKee__    Case number (if known) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2025 )** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips | $-6,100,703.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips | $50,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

   ■ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Venue Smart LLC vs. Epic Holiday, LLC and Mark McKee JO-2025-CV-001456** | **Collection of debt owed pursuant to operations of Epic Holiday, LLC and attempted claim of "fraud through silence" against Debtor personally** | **District Court of Johnson County Kansas 150 W Santa Fe St Olathe, KS 66061** | ■ Pending ☐ On appeal ☐ Concluded |
| **Single Source Printing vs. Mark D McKee JO-2025-LM-003625** | **Collection of debt owed by Epic Holiday, LLC, attempt to hold Debtor personally liable for debts of his company** | **District Court of Johnson County Kansas 150 W Santa Fe St Olathe, KS 66061** | ■ Pending ☐ On appeal ☐ Concluded |
| **Victor Mayo et al vs. Epic Holiday, LLC and Mark McKee 2516-CV00395** | **Class action lawsuit by former employees of Epic Holiday, LLC for upaid wages, and attempt to hold Debtor liable for the debts of his company** | **Circuit Court of Jackson County 415 E 12th st Kansas City, MO 64106** | ☐ Pending ☐ On appeal ■ Concluded  **Removed to federal court - WDMO** |

  
Debtor 1 __Mark D McKee__ Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wilkerson Crane Rental, Inc. vs. Mark D McKee dba Epic Holiday, LLC**<br>**JO-2025-SC-000445** | **Small claims case against Debtor personally as an attempt to hold Debtor personally liable for the debt of his company** | **District Court of Johnson County Kansas**<br>**150 W Santa Fe St**<br>**Olathe, KS 66061** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Amar S. Lewis V. Epic Holiday LLC dba Jingle Entertainment and Mark Mckee**<br>**OAH No. 26DL0016CL   KDOL No. 250007-1** | **Commercial License Action to Enforce Business Debt Against Debtor Personally** | **Kansas Office of Administrative Hearing**<br>**1020 S Kansas Ave.**<br>**Topeka, KS 66612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Dominic E Gill V. Epic Holiday LLC dba Jingle Entertainment and Mark Mckee**<br>**OAH No. 26DL0020 CL** | **Commercial License Action to Enforce Business Debt Against Debtor Personally** | **Kansas Office of Administrative Hearing**<br>**1020 S. Kansas Ave**<br>**Topeka, KS 66612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Diana L. Martinez V.  Epic Holiday LLC dba Jingle Entertainment and Mark Mckee**<br>**OAH No. : 26DL00117 CL   Wage Claim No.:** | **Commercial License Action to Enforce Business Debt Against Debtor Personally** | **Kansas Office of Administrative Hearing**<br>**1020 S. Kansas Ave**<br>**Topeka, KS 66612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Khai P. Thomas V. Amar S. Lewis V. Epic Holiday LLC dba Jingle Entertainment and Mark Mckee**<br>**OAH No.: 26DL0018CL Wage Claim No.: 2500** | **Commercial License Action to Enforce Business Debt Against Debtor Personally** | **Kansas Office of Administrative Hearings**<br>**1020 S Kansas Ave**<br>**Topeka, KS 66612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Shawnee R. Codianne V. Epic Holiday LLC dba Jingle Entertainment and Mark Mckee**<br>**OAH No.: 26DL0019CL Wage Claim No.: 2501** | **Commercial License Action to Enforce Business Debt Against Debtor Personally** | **Kansas Office of Administrative Hearings**<br>**1020 S. Kansas Ave**<br>**Topeka, KS 66621** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page **4**

Debtor 1 **Mark D McKee**       Case number (*if known*)

---

| Part 5: | List Certain Gifts and Contributions |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| Part 6: | List Certain Losses |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 7: | List Certain Payments or Transfers |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **WM Law, PC**<br>**15095 West 116th Street**<br>**Olathe, KS 66062**<br>**bankruptcy@wagonergroup.com** | **Attorney Fees** | **1/23/26** | **$5,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

Case 26-20094    Doc# 1    Filed 01/26/26    Page 181 of 232

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **WM Law**<br>**15095 West 116th Street**<br>**Olathe, KS 66062** | **Debtor's company, Epic Holiday, LLC paid WM Law for defense of Epic Holiday, LLC against claims by its creditors in state court matters. Some of those creditors maliciously attempted to make claims against Debtor in his personal capacity. Consequently, defense of these claims by Epic Holiday, LLC included ancillary defense of the claims against Debtor in his personal capacity, as well. Payments were made by Epic, not by Debtor.** | **1/7/2025 to 12/4/2025** | **$11,150.00** |
| **Seyferth Blumenthal & Harris LLC**<br>**4801 Main St.**<br>**Suite 310**<br>**Kansas City, MO 64112** | **Debtor's company, Epic Holiday, LLC paid Seyferth Blumenthal & Harris LLC for defense of Epic Holiday, LLC against claims by its employees in state court and federal district court class actions. Those claims were against Epic & Debtor in his personal capacity. Consequently, defense of these claims by Epic Holiday, LLC included ancillary defense of the claims against Debtor in his personal capacity, as well. Payments were made by Epic, not by Debtor.** | **December 2025 & 1/23/26** | **$10,000.00** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Epic Holiday, LLC dba Jingle**<br>**4601 College Boulevard, Suite 200**<br>**Leawood, KS 66211** | **This company has tremendous business debt resulting from poor attendance at a 2024 holiday time festival.  Its only assets are some "Jingle" branded merchandise such as cups, t-shirts, novelties, small Christmas decor with a total liquidation value in the range of $10,000 to $15,000.  This inventory has been located in rented storage units in Kansas City, Missouri and St. Charles, Missouri, and Debtor is attempting to locate cheaper storage options. Its bank acct at 1st State Bank has $200**<br><br>**Tom Ross**<br>**Supporting Strategies**<br>**4601 College Blvd, Suite 200**<br>**Leawood, KS 66211** | **EIN:**<br><br>**From-To   5/13/24 to 1/7/2025** |

Debtor 1   **Mark D McKee**                                             Case number *(if known)* _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Epic Road Productions, LLC**<br>**11715 W. 101st Street**<br>**Overland Park, KS 66214** | **Consulting company whose sole business operations currently are the wrapping up of the business issues of Epic Holiday, LLC dba Jingle. Epic Road has received approximately $20,000 in cash from the sale of leftover Jingle merchandise in the past year and those funds were used to pay storage bills and legal bills for Epic Holiday**<br><br>**Tom Ross**<br>**Supporting Strategies**<br>**4601 College Blvd, Suite 200**<br>**Leawood, KS 66211** | EIN:<br><br>From-To   **4/18/2024 to date** |
| **Max Fun Entertainment, LLC**<br>**4601 College Blvd Suite 200**<br>**Leawood, KS 66211** | **Debtor is not and has never been an owner of this company. He served as its CEO as an employee from 2020 to 12/2024. This is an independent league baseball team.**<br><br>**Tom Ross**<br>**Supporting Strategies**<br>**4601 College Blvd, Suite 200**<br>**Leawood, KS 66211** | EIN:<br><br>From-To   **10/10/2019 to date** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Mark D McKee**                                     _____
**Mark D McKee**                                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **January 26, 2026**                          Date   _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mark D McKee** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Debtor 1    **Mark D McKee**                                    Case number *(if known)* _____

name: _____

Description of
property
securing debt:

☐ Retain the property and redeem it.
☐ Retain the property and enter into a
   *Reaffirmation Agreement.*                    ☐ Yes
☐ Retain the property and [explain]:
   _____

---

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

---

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Mark D McKee**                                X  _____
   **Mark D McKee**                                       Signature of Debtor 2
   Signature of Debtor 1

Date    **January 26, 2026**                          Date  _____

---

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1 **Mark D McKee** | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: District of Kansas | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   　☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   　☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ _____ | $ _____ |
| 5. **Net income from operating a business, profession, or farm** | | |

| 5. | **Debtor 1** | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ Copy here -> | $ _____ | $ _____ |

| 6. **Net income from rental and other real property** | | | |
|---|---|---|---|
| | **Debtor 1** | | |
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ Copy here -> | $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

Debtor 1 **Mark D McKee**    Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .................................................................. $ _____

For your spouse .................................................. $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $ _____ | $ _____ |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| | . _____ | $ _____ | $ _____ |
|---|---|---|---|
| | _____ | $ _____ | $ _____ |
| | Total amounts from separate pages, if any. + | $ _____ | $ _____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  +  $ _____  =  $ _____

**Total current monthly income**

---

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .............................. **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household. ..................    13.  $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Mark D McKee**
_____
**Mark D McKee**
Signature of Debtor 1

Date  **January 26, 2026**
_____
MM / DD  / YYYY

Official Form 122A-1    **Chapter 7 Statement of Your Current Monthly Income**    page 2

Debtor 1    **Mark D McKee**                                      Case number (*if known*) _____

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1    **Mark D McKee**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Kansas

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     **12/15**

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1**    **Identify the Kind of Debts You Have**

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

**Part 2:**    **Determine Whether Military Service Provisions Apply to You**

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Kansas

In re  **Mark D McKee**

Debtor(s)

Case No.

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [List other services that counsel has agreed to provide]
   **Rule 2016(b) additional disclosures:**
   **Pursuant to guidance by the United States Trustee, Wagoner Bankruptcy Group, P.C. d.b.a. WM Law has been engaged to perform only pre-petition filing services regarding a Chapter 7 bankruptcy filing. Based upon an evaluation of the individual facts of this case, the law firm has agreed to represent Debtor for pre-petition services only for the fees listed as pre-paid in this Form 2016(b).**
   **Based upon an evaluation of the individual facts of Debtor's case, we have agreed that Debtor's fee for post-Petition work (work done after Debtor's case is filed) is the amount listed above as due after filing. Debtor is not required to engage WM Law to perform post-petition services for Debtor. Debtor is free to complete the post-petition services as a "Pro Se" debtor. Debtor could also hire another attorney to complete the post-petition services for Debtor. If Debtor elects to hire WM Law to provide post-petition services for Debtor, then Debtor will be provided another engagement letter to sign for those post-petition services after Debtor's case is filed. If Debtor does not sign another engagement letter to hire WM Law to provide post-petition services, then WM Law will continue to represent Debtor unless the bankruptcy court permits our withdrawal from the case.**
   **If Debtor does elect to sign an engagement letter for WM Law to provide Debtor with post-petition services, then Debtor will be expected to pay the post-petition fees as stated above. However, Debtor's failure to pay those fees as agreed in the post-petition services engagement letter will not result in a denial of legal services.**
   **Please note that neither this pre-petition services engagement letter nor our post-petition services engagement letter requires WM Law to respond to an Adversary proceeding against Debtor or to commence an Adversary Proceeding on Debtor's behalf. Additionally, from time-to-time additional work may be needed on Debtor's case which is unforeseen at the time of Debtor's engagement for post-petition services. This work is outside the scope of normal services for a Chapter 7 case. Work in those matters requires a retainer and is billed at $350 per hour for attorney time and $175 for staff time (that is not in the nature of secretarial services).**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in adversary proceedings, objections to discharge or dischargeability actions.**

In re  **Mark D McKee**

Debtor(s)

Case No. _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 26, 2026**

*Date*

**/s/ Jeffrey L. Wagoner**

**Jeffrey L. Wagoner**
*Signature of Attorney*
**WM Law, PC**
**15095 West 116th Street**
**Olathe, KS 66062**
**(913) 422-0909   Fax: (913) 428-8549**
**bankruptcy@wagonergroup.com**
*Name of law firm*

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,
>
> most student loans,
>
> certain taxes,
>
> debts for fraud or theft,
>
> debts for fraud or defalcation while acting in a fiduciary capacity,
>
> most criminal fines and restitution obligations,
>
> certain debts that are not listed in your bankruptcy papers,
>
> certain debts for acts that caused death or personal injury, and
>
> certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475


 CAPITAL ONE BANK USA NA
PO BOX 30281
Salt Lake City UT 84130


A Touch of Class Catering
256 Stiles Drive
Wentzville MO 63385


Aiden Diaz
160 N 71st St
Kansas City KS 66112


Alex Liggett
2036 Meramec Meadows Dr
Fenton MO 63026


Aliyah Klaus
2360 Bastean Rd
Wentzville MO 63385


Allen Lee Holston
582 Olive Street
Pocahontas IL 62275


Allianna Morales
1070 Prince Albert Ct
O Fallon MO 63366


Allison Thaman
707 Cranbrook Dr
Saint Louis MO 63122

Alyson Whitney
14551 S Mullen St
Olathe KS 66062


Amanda Warnack
10558 Litz Ave
Saint Ann MO 63074


Amari Simone
7019 Parkview Avenue
Kansas City KS 66109


Amelia Lener
4052 Broad St
Saint Charles MO 63301


Amelia Reeves
105 Ripple Creek Dr
Lake Saint Louis MO 63367


American Trailer & STO
6900 E 39th St
Kansas City MO 64129


Anastasia Douglas
90 Country Life Dr
O Fallon MO 63366


Andrew Alexander Madden
5610 Beverly Lane
Mission KS 66202


Andrew Jordan
3 Oak Ridge Ct
O Fallon MO 63366


Angelo Abbott
5549 Webster Ave
Kansas City KS 66104


Anna Rimar
9049 Cordoba Ln
Saint Louis MO 63126

Annie Hicks
124 Arundel Dr
Troy MO 63379


Anthony Larocco
10558 Litz Ave
Saint Ann MO 63074


Arctic Glacier U.S.A. Inc.
307 23rd Street Extension
Suite 950
Sharpsburg PA 15215


Ariana Alterman
2410 N 51st St
Kansas City KS 66104


Asher Mikesic
207 S 2nd St
Lansing KS 66043


Ashlynn Henke
808 Brookwood Bend Trl
Saint Peters MO 63376


Ashton Frisbie
5 Moonstone Ct
O Fallon MO 63366


Audrey Davis
531 Deer Brook Dr
O Fallon MO 63366


Austin Scott
999 Stone Spring Dr
Eureka MO 63025


Ava Crabtree
74 Country Life Dr
O Fallon MO 63366

Ava Schwane
7209 Westfield Woods Dr
O Fallon MO 63368


BCP Tech
1511 Baltimore Avenue
Suite 200
Kansas City MO 64108


BeenzM Creative
40 Heather Valley Circle
Saint Peters MO 63376


Benjamin A. Reed
Seigfried Bingham, PC
2323 Grand Boulevard, Ste 1000
Kansas City MO 64108


Berg Holdings, LLC
17760 182nd Street
Tonganoxie KS 66086


Best Garda World
1699 South Hanley Road
Suite 350
Saint Louis MO 63144


Blane Branscum
1507 Heritage Valley Dr
High Ridge MO 63049


Bliss Events LLC
6632 Belcrest Drive
Barnhart MO 63012


Brad Hayes
145 E Washington Ave
Clifton Heights PA 19018


Brady French
1374 Mosswoods Dr
Fenton MO 63026

Brandon Michael Gubricky
1410 Tisbury Circle
O Fallon MO 63366


Breauna Deslo
4801 Deer Crossing Ln
Catawissa MO 63015


Brian Shalton
12008 Overbrook Road
Leawood KS 66209


Brittney Donovan
1518 Still Forest Court
Saint Peters MO 63376


Brock Holdings III, Inc.
10343 Sam Houston Park Drive
Suite 200
Houston TX 77064


Brody Sutton
230 Flint Brook Dr
O Fallon MO 63366


Brooke Riley
217 Townview Ct
Wentzville MO 63385


Bryce Kollack
824 Nottingham
Waterloo IL 62298


Brynnley Branscum
1507 Heritage Valley Dr
High Ridge MO 63049


Budrovich
10328 Lake Bluff Drive
Saint Louis MO 63123

Caitlin Harrington
6409 Beverly Dr
Mission KS 66202


Caitlyn Boyle
93 Maplelead Ct
Saint Peters MO 63376


Caitlyn Schmidt
3012 Cedarshade Ct
Saint Peters MO 63376


Caleb Fletcher
5216 Fuller Dr
Kansas City MO 64133


Cally Beckman
711 Northeast 3rd Street
Blue Springs MO 64014


Calvin Gray
313 Jessie Marie Ln
Saint Peters MO 63376


Camden Rodriguez
6 Oak Point Ct
Saint Peters MO 63376


Cameron Burris
418 Newkirk Cir
Saint Charles MO 63303


Capital One Bank
PO Box 31293
Salt Lake City UT 84131


Caroline Geringer
204 W Rose Ln
Waterloo IL 62298


Caroline Shellenberger
4303 Aston Ln
Mansfield TX 76063

Caroling Saint Louis
5345 Pershing Avenue
Apt 1A
Saint Louis MO 63112


Carter Hollingsworth
609 River Moss Dr
Saint Peters MO 63376


Carter Warren
30 Quail Woods Dr
Fenton MO 63026


Cash Morehead
10 Woodleaf Ct
O Fallon MO 63366


Catherine Moore
5504 Dressel Dr
Cottleville MO 63304


CES Power
3500 Air Center Cove
Memphis TN 38118


Charles Zeik
4 Bingham Ct
Saint Peters MO 63376


Chase Henson
6906 Orchard St
Pleasant Valley MO 64068


Chestnut Fine Arts Center
234 North Chestnut Street
Olathe KS 66061


Christian Nelson
23902 W 70th St
Shawnee KS 66226

Christian Reed
214 Thorn Brook Drive
O Fallon MO 63366


Christine Fullington
3313 Highgate Ln
Saint Charles MO 63301


Christine Hicks
124 Arundel Dr
Troy MO 63379


Christopher Hansen
523 Orville Ave
Kansas City KS 66101


Circus Kaput
633 Shadowridge Dr.
Wildwood MO 63011


Clara Heiken
5314 Stanton Dr
Kansas City MO 64133


Clayton DeLong
8509 Grande Pas
Kansas City MO 64114


Clayton Givens
6 Summer Ct
O Fallon MO 63366


Clean Sheet Consulting
805 West Gregory Boulevard
Kansas City MO 64114


Colin Seerey
50 Addyston Place Ct
Wentzville MO 63385


Collin Fernau
3645 Arpent Ln
Florissant MO 63034

Colton Wolff
3376 Old Oak Ln
O Fallon MO 63366


Concourse Foods LLC
4404 McPherson Avenue
Apt 706
Saint Louis MO 63108


Connor Polsak
1215 Spring Lilly Drive
High Ridge MO 63049


Connor Zerr
1376 Crimson Creek Dr
High Ridge MO 63049


Contemporary Services Corp.
17101 Superior Street
Los Angeles CA 91325


Cornerstone Consulting
1176 N. Irving Street
Allentown PA 18109


Craig Fitzgerald
2107 Huntington Ave
Saint Louis MO 63114


Cumulus Media Inc
3671 Momentum Place
Chicago IL 60689


Dagan LLC
13200 Corporate Exchange Drive
Bridgeton MO 63044


Dalton Koch
140 Hadley Grove Drive
Moscow Mills MO 63362

Daniel David Shearer
8020 Northeast 103rd Street
Kansas City MO 64157


Daniel McClellan
9 Country Crossing Estates Dr
Saint Peters MO 63376


Danielle McGee
81 Mallard Pointe Dr
O Fallon MO 63368


Danielly Batista
16252 W 158th St
Olathe KS 66062


Danny Taylor
6508 Twin Circle Ln
Simi Valley CA 93063


Dante Benson
114 Westleigh Manor Dr
Wentzville MO 63385


Daphany Edwards
507 NW 15th St
Blue Springs MO 64015


David E Edwards
7990 Kaw Drive
Kansas City KS 66111


David McNeil Stroud
2513 Northwest 84th Terrace
Kansas City MO 64154


David Serrani
112 Blanchard Ave
West Rutland VT 05777


Davis Supply Inc.
655 Southwest 2nd Street
Lees Summit MO 64063

Denise Maldonado Batista
16252 W 158th St
Olathe KS 66062


Denise Mitchell
19407 W 199th Ter
Spring Hill KS 66083


Devon O'Rando
10817 Xavier St
Saint Ann MO 63074


Diana Calzada
929 Crestwood Ln
O Fallon MO 63366


Diana Martinez
741 Pratt Ave
Bonner Springs KS 66012


Diane Vien
11947 Glenpark Dr
Maryland Heights MO 63043


Dominic Gill
1610 Holt St
Kansas City KS 66102


Donald Valmont Drouin, Jr.
1330 Bossler Lane
O Fallon IL 62269


Drake Nelsen
320 Condor Drive
Winfield MO 63389


Drew Riley
217 Townview Ct
Wentzville MO 63385


Edward Kemp
6651 Vinson Rd
Macon GA 31216

Edward Mize
1200 Flagstone Ter
Lake Saint Louis MO 63367


EIS Group
PO Box 1938
Frederick MD 21702


Elijah Edminster
2835 N 75th Ter
Kansas City KS 66109


Elizabeth Nash
1483 Schoal Creek Dr
O Fallon MO 63366


Ellen Wilhelm
535 Gentle Breeze Dr
Saint Peters MO 63376


Elsa Wagnon
4611 Clifton Terrace Road
Godfrey IL 62035


Emma Livesay
1124 Water View Ln
O Fallon MO 63366


Epic Holiday LLC
4601 College Blvd, 200
Leawood KS 66211


Epic Holiday LLC dba Jingle
4601 College Blvd
Suite 200
Leawood KS 66211


Epiphany Johnican
4116 Euclid Ave
East Chicago IN 46312

Erin Wood
2342 Westchester Road
Lawrence KS 66049


Evelyn Butler
301 W Armour Blvd
#308
Kansas City MO 64111


Eventworks
5901 California Avenue
Nashville TN 37209


Everywhere An Entertainer! LLC
519 Ruggles Road
Ferguson MO 63135


Family Media Group Inc
11937 West 119th Street
#335
Overland Park KS 66213


Ferrell Gas
PO Box 173940
Denver CO 80217-3940


Forklift America LLC
4316 Bridgeton Industrial Dr
Bridgeton MO 63044


Freddie G Allenbrand
6712 Renner Road
Shawnee KS 66217


Gabriella Diebold
520 Auburn Trace Ln
Saint Peters MO 63376


Gabrielle Keithley
20 Snowbird Ct
O Fallon MO 63366

Gannon Crangle
2 Queen Victoria Ct
O Fallon MO 63366


Gateway Propane
PO Box 306
Dupo IL 62239


Georgia Gray
313 Jessie Marie Ln
Saint Peters MO 63376


Gerald Stephens
43 Jackson Oaks Ct
Wentzville MO 63385


Germarius Hunt
1032 Pinewood Place Dr
O Fallon MO 63366


Gianna Leonelli
8604 Savoy Ln
O Fallon IL 62269


Grace Philpot
1413 Uthoff Farm Trail
Fenton MO 63026


Green Acres Lawn and Landscape
14539 150th Street
Bonner Springs KS 66012


Hailey Dunavant
4741 Ray Ave
Saint Louis MO 63116


Hanah Glimpse
7308 Reynolds Ave
Kansas City KS 66111

Harris Law Office, LLC
Thomas W. Harris
4900 Johnson Drive
Mission KS 66205


Haverly Cox
225 Christina Marie Dr
O Fallon MO 63368


Heidi Loubser
6110 E 129th St
Grandview MO 64030


Henry Coulson
4434 Meadow View Dr
Shawnee KS 66226


Herc Rentals
PO Box 936257
Atlanta GA 31193


High Country Inspections LLC
196 North Cunningham Avenue
Inverness FL 34453


Holiday FX Lighting Experts
939 Homestead Street
Excelsior Springs MO 64024


Holly Garza
415 Hollowgate Court
Lake Saint Louis MO 63367


Hunter Page
922 Saint Joseph Ave
O Fallon MO 63366


Ian O'Brien
1829 Northfield Dr
Saint Louis MO 63114

Ignacio Pelico
1602 Orleans Cir
Apt 1C
Kansas City MO 64116


Imma Curl
10516 E 26th St S
Independence MO 64052


In The Lead Marketing
501 Northeast Barnes Avenue
Kansas City MO 64118


Isabella Kemp
3331 Whispering Dr N
Largo FL 33771


Jack Reeves
105 Ripple Creek Dr
Lake Saint Louis MO 63367


Jaden Billups
2734 W Randolph St
Saint Charles MO 63301


Jaeden Hernandez
7825 Haskell Dr
Kansas City KS 66109


Jahi Eskridge
1067 Ferguson Avenue
Saint Louis MO 63130


Jailan Thomas
24 Honey Locust Ln
Saint Charles MO 63303


Jamie Graves
3440 Tedmar Avenue
Saint Louis MO 63139

Jan-Pro of Saint Louis
233 Millwell Drive
Maryland Heights MO 63043


Janae Bursey
1653 S 5th St
Saint Charles MO 63303


Jane Portell
515 Stanton Ct
Fenton MO 63026


Jasmine Chandler
8 Buckeye Place Ct
Saint Peters MO 63376


Jefferson Capital LLC
200 14th Ave E
Sartell MN 56377-2198


Jesse Wittkopp
5549 Webster Ave
Kansas City KS 66104


Jessica Dodd
454 Westglen Village Dr
Ballwin MO 63021


Jill Johnson
105 Castle Creek Ct
O Fallon MO 63366


Jill Marx
21 Jay Dee Ct
O Fallon MO 63368


Joanna Ferbrache
908 Apricot Dr
Saint Charles MO 63301


Joel Herr
9807 Eastbrook Drive
Saint Louis MO 63114

Jonah Hamai
204 Broadview Ct
O Fallon MO 63366


Jonathan Rustebakke
2219 1st Ave SW
Cedar Rapids IA 52405


Jonathan Ryan Weiland
7 Knoll Ridge Court
O Fallon MO 63368


Joseph Straws
6741 Yecker Avenue
Kansas City KS 66109


Joseph Taylor
14525 W 50th St
Shawnee KS 66216


Joshua Patterson
2240 Tracy Ave
Kansas City MO 64108


JPMCB - Card Services
PO Box 15369
Wilmington DE 19850


Julia McKee
2324 W. 127th Street
Leawood KS 66209


Justin Harris
7605 Cornell Ave
Saint Louis MO 63130


Justin Heienickle
3150 La Baron Ln
Saint Charles MO 63303


Kaden Dinges
1290 Hawkins Bend Ct
Fenton MO 63026

KANSAS Department of Labor
401 SW Topeka BLVD
Topeka KS 66603


Karis Hearne
1204 River Run Ct
O Fallon MO 63366


Karlo Dennie
27024 Mott Ave
Brooksville FL 34602


Kathryn Marshall
5709 N Denver Ave
Kansas City MO 64119


KC Media
118 Southwest Boulevard
2nd Floor
Kansas City MO 64108


KC Medical, Inc.
6100 Neiman Rd
Shawnee KS 66203


KC Monarchs Hospitality
1800 Village West Parkway
Kansas City KS 66111


Keith Keeton
518 Galway Dr
O Fallon MO 63366


Kenna Harrington
6409 Beverly Dr
Mission KS 66202


Kevin Barron
4 Belgian Court
Saint Peters MO 63376

Kevin Lanier Jr.
9861 Dennis Dr
Saint Louis MO 63136


Khai Thomas
4614 N 111th St
Kansas City KS 66109


Kiana Diaz
216 N 72nd St
Kansas City KS 66112


Kimberly McGuire
16805 Pike
Clarksville MO 63336


Kimberly Patton
2404 Headland Dr
Saint Charles MO 63301


Kira DiPietremantonio
94 Harvey Johnson Drive
Agawam MA 01001


Kirkwood United Methodist
201 West Adams Avenue
Kirkwood MO 63122


Klance Unlimited
1375 Jefferson Street
Pacific MO 63069


Kobe Polk
1407 Ticonderoga Dr
Saint Peters MO 63376


Kolton Brown
527 Brookmeadow Road
Lansing KS 66043

```
KPLR 11
2960 North Meridian Street
Debra Harris
Indianapolis IN 46208


Kristin Gengier
11153 Rowland Ave
Kansas City KS 66109


KSDK
PO Box 637386
Cincinnati OH 45263-7386


KTBG-FM The Bridge
125 E. 31st Street
Kansas City MO 64108


Landin Hoyle
19 Quail Woods Dr
Fenton MO 63026


Landon Ferber
7 Holly Ct
O Fallon MO 63366


Landon Flaherty
308 Williams Dr
Eureka MO 63025


Laron Gillis
2440 Brooklyn Avenue
Kansas City MO 64127


Laron Gillis
2440 Brooklyn Ave
Kansas City MO 64127


Lauren Frazier
809 Raritan Rd
Scotch Plains NJ 07076
```

Lauren Gluck
1371 Briar Creek Dr
Saint Charles MO 63304


Lillian Goforth
19 Bridal Oak Ln
O Fallon MO 63366


Lily Porter
239 England Dr
O Fallon MO 63366


Lucas Boschert
2402 Highway Y
O Fallon MO 63366


Lucas Peich
187 Homefield Gardens Dr
O Fallon MO 63366


Luke Tanner
74 Smoke Tree Dr
Fenton MO 63026


Luzmarie Floyd
11733 N 14th St
Tampa FL 33612


Madeline Arledge
13574 Becker Place Dr
Saint Louis MO 63128


Madeline Falley
15780 Evans Road
Basehor KS 66007


Madelyn Carrell
1322 New Charter Ln
O Fallon MO 63366-1570


Madison Saverino
Northwest 81st Street
Parkville MO 64152

Madisyn Sanborn
6707 N Merrimac Ave
Kansas City MO 64151


Madyson Walters
223 Fairway Green Dr
O Fallon MO 63368


Maria Kennedy
1011 SW Webster Ave
Topeka KS 66604


Mason Redding
16 London Ct
O Fallon MO 63366


Mason Rodriguez
6 Oak Point Ct
Saint Peters MO 63376


Mason Schiele
125 Hillary Cir
Wentzville MO 63385


Matthew Myers
84 Duncan Hill Court
Wentzville MO 63385


Matthew Stufflebean
607 Barbara Dr
O Fallon MO 63366


Matthew Townsel
89 Brewster Ct
O Fallon MO 63366


Maverick Media
2240 Tracy Ave
Kansas City MO 64108

MaxFun
4601 College Boulevard
Suite 100
Leawood KS 66211


McKenzie Norris
1414 Tennessee St
Lawrence KS 66044


Metro Electric
1400 S 130th Street Access Rd
Bonner Springs KS 66012


Mia Rebstock
1339 New Charter Ln
O Fallon MO 63366


Mikala Ball
1235 Begonia Dr
O Fallon MO 63366


Mirabella Willbrand
1603 Valley Hill Ct
Dardenne Prairie MO 63368


MJH Media Group LLC
2505 Southwest 10th Terrace
Lees Summit MO 64081


Montana Stephenson
260 Hammerstone Drive
Moscow Mills MO 63362


Natalie Barnes
677 Sheridan Ct
Lake Zurich IL 60047


Nathan Crutchley
303 Romaine Spring Vw
Fenton MO 63026

Nicholas Forrest
1125 Saint Paul Ln
O Fallon MO 63366


Nishant Bhakta
133 Courtfield Dr
O Fallon MO 63366


Noah Mills
440 Hithergreen Dr
Lansing KS 66043


Noah Philpot
1413 Uthoff Farm Trail
Fenton MO 63026


Nolan Bartels
101 Grand Slam Cir
O Fallon MO 63366


Norma Rosales
1024 N Washington Blvd
Kansas City KS 66102


Normando Herrera Garcia
455 Serenity Mill Loop
Ruskin FL 33570


O'Fallon Baseball Group, LLC
900 TR Hughes Boulevard
O Fallon MO 63366


Olivia Martin
1946 Hedge Dr
O Fallon MO 63366


Olivia Orr
1330 Dayton Ln
O Fallon MO 63366


Owen Schneider
1278 Hawkins Bend Ct
Fenton MO 63026

Patrick Erekson
706 S Spoede Rd
Saint Louis MO 63131


Peyton Hennager
11221 W 68th St
Shawnee KS 66203


Peyton Jones
1225 The Crossings Dr
O Fallon MO 63366


Play9 Sports LLC
170 Woodlawn Rd
Quincy IL 62301


Priority EMS & Fire Rescue
4028 Riverdell Drive
Wentzville MO 63385


Ray Ray's Kettle Corn LLC
1739 Rose Crest Drive
Hazelwood MO 63042


Rebecca Laureano
455 Serenity Mill Loop
Ruskin FL 33570


Rebekah Dietrich
4323 Tyrolean Ave
Saint Louis MO 63116


Reddi Services Inc.
4011 Bonner Industrial Drive
Shawnee KS 66226


ReKinection LLC
3007 West 82nd Terrace
Leawood KS 66206


Rezound! Handbell Ensemble
PO Box 1803
Blue Springs MO 64013

Rilee Fevurly
1252 Woodgrove Park Dr
O Fallon MO 63366


Robert F. Kendall
5306 Cherry Blossom Drive
O Fallon MO 63368


RSH& Associates
PO Box 14515
Lenexa KS 66285


Ruby Melendez
1611 S 49th Ter
Kansas City KS 66106


Russell McDermott
21 Richard Scott Court
Wright City MO 63390


Ryan Dunn
637 Springfield Drive
Wentzville MO 63385


Ryan Kliethermes
1404 Indigo Trail Ct
Saint Peters MO 63376


Ryan P. Van Wave
1536 Hunters Meadow Drive
O Fallon MO 63366


Ryan Wade
104 E 5th Street
Suite 204
Kansas City MO 64106


Ryann Kruse
124 Jerome Henry Dr
O Fallon MO 63366

Rylie Lansford
2203 Homefield Grove Dr
O Fallon MO 63366


S C Hosack Plumbing
PO Box 1143
O Fallon MO 63366


Sam Hart
26 Parkview Dr
Saint Peters MO 63376


Sandy Jerome
9042 Grateful Thomas Trl
Apt 213
Tampa FL 33626


Saniyah Sykes
733 N 74th St
Kansas City KS 66112


Santa in the Lou, LLC
7702 Comfort Avenue
Maplewood MO 63143


Santa Roy
6128 Monrovia Street
Shawnee KS 66216


Scarlett Grinstead-Shroyer
238 Oakborough Dr
Lake Saint Louis MO 63367


Schaeffer Electric Company Inc
4667 Green Park Road
Saint Louis MO 63123


Scott Michael Weeke
511 Rifle Ridge Drive
Wentzville MO 63385

Security Detection of Iowa
2009 Northwest Kelsey Lynn Cir
Grimes IA 50111


Seed Logic, LLC
1828 Walnut Street
Floor 3
Kansas City MO 64108


Shaley Harper
100 E 28th Ter
Apt 5
Kansas City MO 64108


Sharon Bolterman
4432 Raven Pt
High Ridge MO 63049


Shawn Spiker
202 Northwest Michael Drive
Grain Valley MO 64029


Shawnee Codianne
233 Juanita Cv
Lonoke AR 72086


Shelby King
13321 Birch St
Apt 825
Overland Park KS 66209


Sierra Smith
142 River Rock Dr
O Fallon MO 63366


Single Source Printing
13915 West 107th Street
Lenexa KS 66215


SnowMagic
382 Lackawanna Avenue
East Stroudsburg PA 18301

St. Louis KTVI
2960 North Meridian Street
Debra Harris
Indianapolis IN 46208


StaffIt of Kansas City, LLC
207 Westport Road
Suite 201
Kansas City MO 64111


Steel City Media
4045 Mill Street
Kansas City MO 64111


Stephen J Schneider
131 Long Shot Lane
Old Monroe MO 63369


Supporting Strategies
4601 College Boulevard
Leawood KS 66211


Sydney Nelson
12457 Spruce Ct
Rogers MN 55374


Synovusbk / Greensky
5565 Glenridge Connector
Atlanta GA 30342


Tallgrass Freight Co, LLC
6800 Hilltop Road
#202
Shawnee KS 66226


Tanner Stewart
5813 Edith Ave
Kansas City KS 66104


Tasha Sommer
2029 Jeffery Martin Dr
O Fallon MO 63366

TD Innovative Solutions LLC
7 Swisher Drive
Suite B
Cartersville GA 30120


Tehreem Chaudhry
12301 W 119th Ter
Apt 327
Overland Park KS 66213


Teriyaki Tradesman LLC
134 Tuscany Ln
Wentzville MO 63385


Terrace Wyatt
4580 S Bass Pro Dr
Apt 1115
Independence MO 64055


The Best Wurst LLC
9401 Zane Drive
Affton MO 63123


The Hartford
PO Box 660916
Dallas TX 75266-0916


The Waldinger Corporation
PO Box 1612
Des Moines IA 50306-1612


Thomas Craft
3331 Whispering Dr N
Largo FL 33771


TLBD, Inc
12330 Cary Circle
La Vista NE 68128


Tobie Turnbough
2107 Huntington Ave
Saint Louis MO 63114

Trey Parker
206 Wabash Woods Way
O Fallon MO 63366


Tri-Hull Crane Rental
24838 Loring Road
Lawrence KS 66044


Trisha Grinstead
238 Oakborough Dr
Lake Saint Louis MO 63367


Tyler Hawks
1329 Redwood Dr
Saint Clair MO 63077


Tyler Metz
1687 Smizer Station Rd
Fenton MO 63026


Unique Pest and Lawn Solutions
1866 Summitview Drive
Saint Charles MO 63303


US Attorney
500 State Ave 360
Kansas City KS 66101


Venue Smart LLC
11602 East 23rd Street South
Independence MO 64050


Viany Hernandez
6341 N Klamm Rd
Unit 7311
Kansas City MO 64151


Victoria Hilger
200 W Armour Blvd
Apt 52
Kansas City MO 64111

Wallace Morris Kline Surveying
5740 South Arville Street
Suite 206
Las Vegas NV 89118


Wesley Lohmeyer
175 Roxbury Drive
O Fallon MO 63366


Whorlow Entertainment
512 Willowdale Court
Nixa MO 65714


Wilkerson Crane Rental
Attn:  Dan Novascone
14101 Gibbs Road
Bonner Springs KS 66012


Wilkerson Crane Rental, Inc.
9131 Noland
Lenexa KS 66215


William Dery
36 Hollandbush Ct
Saint Charles MO 63304


William Molstad
38 Coach Line Dr
O Fallon MO 63368


Worldwide Beverage Group Inc
17501 West 98th Street
#17-62
Lenexa KS 66219


Xavier Subramaniam
657 Legends View Dr
Eureka MO 63025


Zach Liggett
2036 Meramec Meadows Dr
Fenton MO 63026

```
Zach Wyatt
1486 Heritage Valley Dr
High Ridge MO 63049


Zachary Robertson
26 Brussels Valley Dr
Troy MO 63379


Zachary Watson
302 Burning Brook Dr
O Fallon MO 63366
```

# United States Bankruptcy Court
## District of Kansas

In re  **Mark D McKee**

_____
Debtor(s)

Case No. _____

Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **January 26, 2026**

**/s/ Mark D McKee**
**Mark D McKee**
Signature of Debtor