**United States Bankruptcy Court**
**District of Kansas**

In re  **Mark D McKee** _____  Case No. _____
                        Debtor(s)                  Chapter  **7**

# DECLARATION REGARDING PAYMENT ADVICES
## OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

**Debtor:**
Mark statement that applies to you:

■     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____
_____
_____
_____
_____

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:
_____
_____
(Explanation)

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:
_____
_____
(Explanation)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.

Executed on  **January 8, 2026**  (date) by  **/s/ Mark D McKee**
                                              **Mark D McKee**  (debtor)

LBR 1007.1(a)(2)(E) Declaration RE: Payment Advices or Evidence of Payment (rev. 3/2020)